| United States Bankruptcy Court<br>Southern District of New York | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Nationwide Maintenance & General Contracting, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>Nationwide Maintenance, Inc. | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):   EIN: 13-3987385 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State)<br>175 Main Street, Ste 202<br>Mount Kisco, NY   ZIPCODE 10549 | Street Address of Joint Debtor (No. and Street, City, and State<br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>Westchester | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |

| Location of Principal Assets of Business Debtor (if different from street address above):<br>175 Main Street, Ste 202, Mount Kisco, NY | ZIPCODE 10549 |
|---|---|

**Type of Debtor**
(Form of Organization)
(Check **one** box)

- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [✓] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

_____

**Nature of Business**
(Check **one** box)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [✓] Other

**Tax-Exempt Entity**
(Check box, if applicable)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- [ ] Chapter 7
- [ ] Chapter 9
- [✓] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. §101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [✓] Debts are primarily business debts

**Filing Fee** (Check one box)

- [✓] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Check one box:**   **Chapter 11 Debtors**

- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D)
- [✓] Debtor is not a small business as defined in 11 U.S.C. § 101(51D)

**Check if:**

- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000

**Check all applicable boxes**

- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [✓] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1000-5000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [✓] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [✓] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [✓] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-740 - 31033 - PDF-XChange 2.5 DE

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> Nationwide Maintenance & General Contracting, Inc. |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location <br> Where Filed: NONE | Case Number: | Date Filed: |
|---|---|---|
| Location <br> Where Filed: N.A. | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: NONE | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** <br><br> (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11) <br><br> ☐   Exhibit A is attached and made a part of this petition. | **Exhibit B** <br> (To be completed if debtor is an individual <br> whose debts are primarily consumer debts) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. <br> I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b). <br><br> X _____ <br>     Signature of Attorney for Debtor(s)        Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and Exhibit C is attached and made a part of this petition.

☑   No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐   Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue** <br> (Check any applicable box)

☑   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United Sates in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property** <br> (Check all applicable boxes)

☐   Landlord has a judgment for possession of debtor's residence. (If box checked, complete the following.)

_____ <br> (Name of landlord that obtained judgment)

_____ <br> (Address of landlord)

☐   Debtor claims that under applicable non bankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(1)).

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-740 - 31033 - PDF-XChange 2.5 DE

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Nationwide Maintenance & General Contracting, Inc. |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐     I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by § 1515 of title 11 are attached.

☐     Pursuant to 11 U.S.C.§ 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
(Date)

### Signature of Attorney*

X   /s/ Lawrence R. Reich
_____
Signature of Attorney for Debtor(s)

LAWRENCE R. REICH 9337
Printed Name of Attorney for Debtor(s)

Reich Reich & Reich, P.C.
Firm Name

235 Main Street, Suite 450
Address

White Plains, NY 10601

914-949-2126
Telephone Number

09/25/09
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, 2) I prepared this document for compensation, and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. § 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

_____
X_____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X /s/ Marcie Manfredonia
_____
Signature of Authorized Individual

MARCIE MANFREDONIA
Printed Name of Authorized Individual

President
Title of Authorized Individual

09/25/09
Date

**In re** Nationwide Maintenance & General Contracting, Inc.          **Case No.** _____
              **Debtor**                                                              **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| None | | | | |
| | | Total | 0.00 | |

(Report also on Summary of Schedules.)

In re  Nationwide Maintenance & General Contracting, Inc.      Case No. _____

Debtor                                                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Chase (Acct #770500619665) Checking Account (#1271360) with Greenwich Bank & Trust | | 10,399.58 13,193.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | Security deposit with landlord, Seashell Realty, LLC, 165 Main Street, Mount Kisco, New York 10549 | | 2,800.00 |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-740 - 31033 - PDF-XChange 2.5 DE

In re   Nationwide Maintenance & General Contracting, Inc.          Case No. _____

**Debtor**                                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 14.  Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15.  Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16.  Accounts receivable. | | Accounts Receivable (See attached Exhibit A)<br>Accounts receivable - Bally's - believed to be uncollectible do to bankrupcty filing by company ($2,979.23)<br>Accounts receivable - Filenes Basement - believed to be uncollectible do to bankrupcty filing by company ($1,733.99)<br>Accounts receivable - Ken Oliveri - Believed to be uncollectible ($6,912.63)<br>Accounts receivable - Spicy Pickle, LLC - Believed to be uncollectible ($28,636.46) | | 353,571.29 |
| 17.  Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18.  Other liquidated debts owing debtor including tax refunds.  Give particulars. | X | | | |
| 19.  Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20.  Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21.  Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims.  Give estimated value of each. | X | | | |
| 22.  Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 23.  Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25.  Automobiles, trucks, trailers, and other vehicles and accessories. | | | | |

In re   <u>Nationwide Maintenance & General Contracting, Inc.</u>     Case No. _____

                   **Debtor**                                                   **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | 2003 Chevrolet K2500 HD (VIN#1GCHK24U53E318757) - Kelley Blue Book "Private Sale" value | | 7,000.00 |
| | | 2004 Chevrolet K1500 S (VIN# 1GCEK14T14Z264789) - Kelley Blue Book "Private Sale" value | | 5,000.00 |
| | | 2005 GMC Sierra (VIN#1GHTK29U85E203517) - Kelley Blue Book "Private Sale" value | | 6,000.00 |
| | | 2006 GMC Sierra (VIN# 3GTEK14V16G204189) - Kelley Blue Book "Private Sale" value | | 9,000.00 |
| | | 2007 Chevrolet K1500 S (VIN# 2GCEK19J371553113) - Kelley Blue Book "Private Sale" value | | 11,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Miscellaneous office furniture - Estimated value - See Attached Exhibit B | | 2,160.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Machinery, fixtures, equipment and supplies - Estimated value - See Exhibit C | | 7,500.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

            <u>    0    </u>     continuation sheets attached     Total     $     427,623.87

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

**In re** ___Nationwide Maintenance & General Contracting, Inc.___      **Case No.** _____

                      **Debtor**                                            **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 024-9110-81522<br><br>GMAC FINANCING<br>P O BOX 130424<br>ROSEVILLE, MN 55113 | | | Vehicle loan for 2007 Chevrolet Silverado<br><br><br>VALUE $ 11,000.00 | | | | Notice Only | Notice Only |
| ACCOUNT NO. 024-9088-10660<br><br>GMAC FINANCING<br>P O BOX 130424<br>ROSEVILLE, MN 55113 | | | Loan for 2005 GMC Sierra<br><br><br>VALUE $ 6,000.00 | | | | Notice Only | Notice Only |
| ACCOUNT NO. 024-9103-88033<br><br>GMAC FINANCING<br>P O BOX 130424<br>ROSEVILLE, MN 55113 | | | Vehicle loan for 2004 Chevrolet Silverado<br><br><br>VALUE $ 5,000.00 | | | | Notice Only | Notice Only |

___0___ continuation sheets attached

Subtotal ▶ (Total of this page)    $ 0.00    $ 0.00

Total ▶ (Use only on last page)    $ 0.00    $ 0.00

(Report also on Summary of Schedules)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc. - ver. 4.4.9-740 - 31033 - PDF-XChange 2.5 DE

In re _Nationwide Maintenance & General Contracting, Inc._,  Case No._____
　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☑ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-740 - 31033 - PDF-XChange 2.5.DE

In re_____,    Case No._____
Nationwide Maintenance & General Contracting, Inc.
                            Debtor                                                                    (if known)

☐  **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐  **Deposits by individuals**

   Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑  **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐  **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐  **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

   * Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

2
____ **continuation sheets attached**

In re  Nationwide Maintenance & General Contracting, Inc.,   Case No. _____

**Debtor**                                      **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)   Sec. 507(a)(4)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>NICK SICILIANO<br>57 ROOSEVELT DRIVE<br>BEDFORD, NY 10507-1013 | | | Salary | | | | 2,400.00 | 2,400.00 | 0.00 |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| Sheet no. _1_ of _2_ continuation sheets attached to Schedule of Creditors Holding Priority Claims | | | Subtotal<br>(Totals of this page) | | | | $   2,400.00 | $   2,400.00 | $   0.00 |
| | | | Total<br>(Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules) | | | | $ | | |
| | | | Totals<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | | $ | $ | $ |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-740 - 31033 - PDF-XChange 2.5 DE

In re  Nationwide Maintenance & General Contracting, Inc.,    Case No. _____
_____
          **Debtor**                                                          **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)  Sec. 507(a)(8)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 012683252S<br><br>NEW YORK CITY FINANCE<br>59 MAIDEN LANE<br>NEW YORK, NY 10038-4502 | | | Incurred: 2008<br>Taxes for period<br>1/1/08 to 12/31/08 | | | | 1,975.58 | 1,975.58 | 0.00 |
| ACCOUNT NO. 2008110565<br><br>NYS DEPT OF TAX & FINANCE<br>BANKRUPTCY/SPECIAL<br>PROCEDURES<br>P O BOX 5300<br>ALBANY, NY 12205-0300 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO. 2008110565<br><br>NYS DEPT OF TAX & FINANCE<br>SALES TAX BUR-DESK AUDIT<br>W.A. HARRIMAN CAMPUS, BLDG 9<br>ALBANY, NY 12227<br>ATTN: GEORGE SHUHART | | | Sales tax for<br>3/2006-8/2008 | | | | 3,456.83 | 3,456.83 | 0.00 |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. __2__ of __2__ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| Subtotal<br>(Totals of this page) | $ 5,432.41 | $ | $ |
| Total<br><small>(Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules)</small> | $ 7,832.41 | | |
| Totals<br><small>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)</small> | $ | $ 7,832.41 | $ 0.00 |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-740 - 31033 - PDF-XChange 2.5 DE

In re __Nationwide Maintenance & General Contracting, Inc.__      Case No. _____

                **Debtor**                                                     **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition.  The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.  If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).  Do not include claims listed in Schedules D and E.  If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed."  (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule.  Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  150045<br><br>A&B GLASS<br>717 E. GUTIERREZ STREET<br>SANTA BARBARA, CA 93103 | | | Sub-Contractor | | | | Notice Only |
| ACCOUNT NO.  3905-343201<br><br>ALL COUNTY SEWER & DRAIN, INC.<br>7 GREENFIELD DRIVE<br>WARWICK, NY 10990 | | | Sub-Contractor | | | | Notice Only |
| ACCOUNT NO.  NATMAI<br><br>AMSTERDAM COLORWORKS<br>3326 MERRITT AVENUE<br>BRONX, NY 10475 | | | Supplies | | | | 1,725.50 |
| ACCOUNT NO.<br><br>ANI<br>15 IVES ROAD<br>HEWLETT, NY 11557 | | | Collection agent for United Rentals | | | | Notice Only |

____24____continuation sheets attached

                                                     Subtotal ➤ $           1,725.50

                                                         Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc. - ver. 4.4.9-740 - 31033 - PDF-XChange 2.5 DE

In re ___Nationwide Maintenance & General Contracting, Inc,___  Case No. _____

**Debtor**  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 627 <br><br> ARETTI ELECTRIC, INC. <br> P O BOX 255 <br> MONSEY, NY 10952 | | | Sub-Contractor | | | | Notice Only |
| ACCOUNT NO. A600504 <br><br> ARS SAN DIEGO <br> 8949 KENAMAR DRIVE <br> SUITE 110 <br> SAN DIEGO, CA 92121 | | | Sub-Contractor | | | | Notice Only |
| ACCOUNT NO. <br><br> ASSOCIATED RECOVERY SYSTEMS <br> P O BOX 469046 <br> ESCONDIDO, CA 92046-9046 | | | Collection agent for Citibank/Staples | | | | Notice Only |
| ACCOUNT NO. 0102215636 <br><br> AVAYA, INC. <br> 574 GRAND REGENCY BLVD <br> BRANDON, FL 33510 | | | Service on telephone system | | | | 2,345.62 |
| ACCOUNT NO. <br><br> BARTHOLOMEW & ANGELA CORSITTO <br> C/O SACCO & FILLAS LLP <br> 141-07 20TH AVENUE, STE 506 <br> WHITESTONE, NY 11357 | | | Personal injury lawsuit - Covered under insurance | X | | | Unknown |

Sheet no. __1__ of __24__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ 2,345.62

Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-740 - 31033 - PDF-XChange 2.5 DE

In re ___Nationwide Maintenance & General Contracting, Inc,___     Case No. _____
                              **Debtor**                                                         **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 7323<br><br>BAYSHORE ELECTRIC, INC.<br>P O BOX 611<br>DANA POINT, CA 92629 | | | Sub-Contractor | | | | Notice Only |
| ACCOUNT NO. 304 & 306<br><br>BEACON ELECTRIC<br>9 BARTON PLACE<br>PACIFICA, CA 94044 | | | Sub-Contractor | | | | Notice Only |
| ACCOUNT NO. 719475<br><br>BLUE BOOK<br>P O BOX 500<br>JEFFERSON VALLEY, NY 10535 | | | Advertising | | | | 4,802.60 |
| ACCOUNT NO. 4000970435<br><br>BMW FINANCIAL SERVICES<br>CUSTOMER SERVICE<br>P O BOX 3608<br>DUBLIN, OH 43016-0306 | | | Possible debt in connection with surrendered vehicle for Black BMW 650i | | X | | Unknown |
| ACCOUNT NO. 852-466-8270<br><br>BROADVIEW NETWORKS<br>45-18- COURT SQUARE, STE 300<br>LONG ISLAND CITY, NY 11101 | | | | | | | Notice Only |

Sheet no. __2__ of __24__ continuation sheets attached        Subtotal ➤ | $      4,802.60
to Schedule of Creditors Holding Unsecured
Nonpriority Claims                                      Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-740 - 31033 - PDF-XChange 2.5 DE

In re  Nationwide Maintenance & General Contracting, Inc,  Case No. _____
_____
**Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  852-466-8270 <br><br> BROADVIEW NETWORKS <br> P O BOX 1191 <br> PORT CHESTER, NY 10573-1191 | | | Telephone services | | | | 395.04 |
| ACCOUNT NO.  64555 <br><br> BRONX TIRE CENTER, INC. <br> 2421 E. TREMONT AVENUE <br> BRONX, NY 10461 | | | Incurred: 2/9/09 & 3/31/09 <br> Services rendered | | | | 660.92 |
| ACCOUNT NO. <br><br> CALLAN KOSTER BRADY & BRENNAN <br> ONE WHITEHALL STREET <br> NEW YORK, NY 10004 | | | Attorneys for Debtor in personal injury case (Gutierrez vs. Nationwide) | | | | Notice Only |
| ACCOUNT NO. <br><br> CAPITAL MANAGEMENT SERVICES <br> 726 EXCHANGE STREET <br> SUITE 700 <br> BUFFALO, NY 14210 | | | Collection agent for Citibank | | | | Notice Only |
| ACCOUNT NO.  5473 1580 0301 8507 <br><br> CHASE <br> P O BOX 15298 <br> WILMINGTON, DE 19850-5298 | | | Consideration: Credit card debt | | | | 11,953.22 |

Sheet no. _3_ of _24_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $    13,009.18

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-740 - 31033 - PDF-XChange 2.5 DE

In re  Nationwide Maintenance & General Contracting, Inc,     Case No. _____
             **Debtor**                                                                     **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  5473 1580 0329 2102<br><br>CHASE<br>P O BOX 15298<br>WILMINGTON, DE 19850-5298 | | | Consideration: Credit card debt | | | | 5,364.62 |
| ACCOUNT NO.  13627<br><br>CIRCLE ELECTRIC, INC.<br>12348 WILKINS AVENUE<br>ROCKVILLE, MD 20852 | | | Sub-Contractor | | | | Notice Only |
| ACCOUNT NO.  5476 4171 1920 9799<br><br>CITI PLATINUM BUSINESS CARD<br>P O BOX 44180<br>JACKSONVILLE, FL 32231-4180 | | | Consideration: Credit card debt | | | | 3,029.00 |
| ACCOUNT NO.  842503960<br><br>CITIBANK CHECKING PLUS<br>1766 CROSBY AVENUE<br>BRONX, NY 10461 | | | Overdraft | | | | 48,933.35 |
| ACCOUNT NO.  9930840322<br><br>CITIBANK, N.A.<br>BUSINESS BANK LOAN OPS<br>100 CITIBANK DR, BLDG 1, 1ST FL<br>SAN ANTONIO, TX 78245 | | | Business loan | | | | 96,603.91 |

Sheet no.  4  of  24  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $  153,930.88

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 © 1991-2009, New Hope Software, Inc., ver. 4.4.9-740 - 31033 - PDF-XChange 2.5 DE

B6F (Official Form 6F) (12/07) - Cont.

In re  Nationwide Maintenance & General Contracting, Inc,          Case No. _____
                    **Debtor**                                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-740 - 31033 - PDF-XChange 2.5 DE

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  5156 9100 0071 6382<br><br>CITIBUSINESS CARD<br>P O BOX 44180<br>JACKSONVILLE, FL 32231-4180 | | | Consideration: Credit card debt | | | | 2,900.00 |
| ACCOUNT NO.  4122 5100 3802 0189<br><br>CITIBUSINESS CARD<br>P O BOX 44180<br>JACKSONVILLE, FL 32231-4180 | | | Consideration: Credit card debt | | | | 7,295.52 |
| ACCOUNT NO.<br><br>CITY OF NY BUSINESS INTEGRITY COMMISSION<br>100 CHURCH STREET, 20TH FL<br>NEW YORK, NY 10007 | | | | | | | Notice Only |
| ACCOUNT NO.  3011528618<br><br>CNA<br>C/O BILLING/COLLECTIONS<br>333 S WABASH AVENUE<br>CHICAGO, IL 60604-4107 | | | Vehicle insurance | | | | 2,035.30 |
| ACCOUNT NO.  100388<br><br>COLGATE SCAFFOLDING & EQUIPMENT<br>1470 BRUCKNER BLVD<br>BRONX, NY 10473 | | | Supplies | | | | 298.04 |

Sheet no.  5    of  24    continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 12,528.86

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re  Nationwide Maintenance & General Contracting, Inc,

Debtor

Case No. _____

(If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 17564 <br><br> COREY GLASS, INC. <br> 3 MAIN STREET <br> HASTINGS-ON-HUDSON, NY 10706 | | | Sub-Contractor | | | | Notice Only |
| ACCOUNT NO. 1565 <br><br> D'ALBORA <br> 65 BROOK AVENUE <br> DEER PARK, NY 11729 | | | Sub-Contractor | | | | Notice Only |
| ACCOUNT NO. 73107 <br><br> DE LAGE LANDEN FINANCIAL <br> ATTN: CUSTOMER SERVICE <br> 1111 OLD EAGLE SCHOOL RD <br> WAYNE, PA 19087-1453 | | | Lease for Canon 3170U copy machine | | | | 1,895.17 |
| ACCOUNT NO. 6879 4502 1200 1641 262 <br><br> DELL FINANCIAL SERVICES <br> C/O DFS CUSTOMER CARE DEPT <br> P O BOX 81577 <br> AUSTIN, TX 78708-1577 | | | Computer Financing | | | | 1,210.30 |
| ACCOUNT NO. 003 8674833 001 <br><br> DELL FINANCIAL SERVICES <br> P O BOX 80409 <br> AUSTIN, TX 78708-0409 | | | Computer financing | | | | 433.46 |

Sheet no. 6 of 24 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 3,538.93

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-740 - 31033 - PDF-XChange 2.5 DE

In re  Nationwide Maintenance & General Contracting, Inc,  Case No. _____

**Debtor**  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-740 - 31033 - PDF-XChange 2.5 DE

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  6011 5000 5939 2871<br><br>DELL FINANCIAL SERVICES<br>P O BOX 80409<br>AUSTIN, TX 78708-0409 | | | Computer financing | | | | 4,846.83 |
| ACCOUNT NO.  003 8674833 001<br><br>DELL FINANCIAL SERVICES<br>P O BOX 81577<br>AUSTIN, TX 78708-1577<br>ATTN: CORRESPONDENCE | | | | | | | Notice Only |
| ACCOUNT NO.<br><br>EAST TREMONT PLUMBING<br>& HEATING, INC.<br>3117 EAST TREMONT AVE<br>BRONX, NY 10461 | | | Services rendered | | | | 3,163.13 |
| ACCOUNT NO.  NATIONWIDE<br><br>EAST TREMONT PLUMBING<br>AND HEATING SUPPLY<br>3117 E TREMONT AVENUE<br>BRONX, NY 10461 | | | Services rendered | | | | 2,814.09 |
| ACCOUNT NO.  99863<br><br>EXCEL DISTRIBUTORS<br>P O BOX 306<br>YONKERS, NY 10702 | | | Supplies | | | | 2,000.00 |

Sheet no. 7 of 24 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ 12,824.05

Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re __Nationwide Maintenance & General Contracting, Inc,__   Case No. _____
                                    **Debtor**                                                                                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  53982001 <br><br> FRESCHI SERVICE EXPERTS <br> GENERAL MANAGER <br> 715 A FULTON SHIPYARD RD <br> ANTIOCH, CA 94509 | | | Sub-Contractor | | | | Notice Only |
| ACCOUNT NO. <br><br> GC SERVICES LIMITED <br> PARTNERSHIP <br> 6330 GULFTON <br> HOUSTON, TX 77081 | | | Collection agency for Sprint | | | | Notice Only |
| ACCOUNT NO.  024-9103-88033 <br><br> GMAC FINANCIAL <br> P O BOX 380902 <br> BLOOMINGTON, MN 55438-0902 | | | | | | | Notice Only |
| ACCOUNT NO.  024-9080-35455 <br><br> GMAC FINANCING <br> P O BOX 130424 <br> ROSEVILLE, MN 55113 | | | | | | | Notice Only |
| ACCOUNT NO.  024-9103-81664 <br><br> GMAC FINANCING <br> P O BOX 130424 <br> ROSEVILLE, MN 55113 | | | Possible debt in connection with surrendered vehicle  (2007 Cadillac Escalade) | | X | | Unknown |

Sheet no. __8__ of __24__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 0.00

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-740 - 31033 - PDF-XChange 2.5 DE

In re <u>Nationwide Maintenance & General Contracting, Inc.</u>,    Case No. _____
                    **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>GMAC FINANCING<br>P O BOX 130424<br>ROSEVILLE, MN 55113 | | | | | | | Notice Only |
| ACCOUNT NO. 024 9099 15068<br><br>GMAC FINANCING<br>P O BOX 130424<br>ROSEVILLE, MN 55113 | | | Possible debt in connection with surrendered vehicle (2007 Chevrolet Avalanche) | | X | | Unknown |
| ACCOUNT NO. W/E 1/11/09<br><br>GNK BI-ENERGY CORP.<br>824 ALLERTON AVENUE<br>BRONX, NY 10467-9146 | | | Gas bill for January 2009 | | | | 2,289.29 |
| ACCOUNT NO. 608674<br><br>GOLDMAN IMANI & GOLDBERG<br>9894 BISSONNET ST<br>SUITE 565<br>HOUSTON, TX 77036 | | | Collection agents for Highway Technologies | | | | Notice Only |
| ACCOUNT NO. 714A<br><br>GREENSPAN & GREENSPAN<br>150 GRAND STREET<br>WHITE PLAINS, NY 10601 | | | Attorneys fees | | | | 34,410.03 |

Sheet no. <u>9</u> of <u>24</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 36,699.32

Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-740  -  31033 - PDF-XChange 2.5 DE

In re ___Nationwide Maintenance & General Contracting, Inc,___  Case No. _____
                **Debtor**                                                 **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>HERZFELD & RUBIN, P.C.<br>40 WALL STREET<br>NEW YORK, NY 10005-2349 | | | Attorneys in personal injury lawsuit Corsitto v. Debtor | | | | Notice Only |
| ACCOUNT NO. 59180<br><br>HIGHWAY TECHNOLOGIES INC.<br>316 PATTERSON PLANK RD<br>CARLSTADT, NJ 07072-2306 | | | Truck rental | | X | X | Unknown |
| ACCOUNT NO. Natio4<br><br>HOCON INDUSTRIAL GAS<br>86 PAYNE ROAD<br>DANBURY, CT 06810 | | | Gas | | | | 391.41 |
| ACCOUNT NO. 6035 3220 1315 3576<br><br>HOME DEPOT<br>P O BOX 6029<br>THE LAKES, NV 88901 | | | | | | | Notice Only |
| ACCOUNT NO. 6035 3220 1315 3576<br><br>HOME DEPOT CREDIT SERVICES<br>P O BOX 689100<br>DES MOINES, IA 50368-9100 | | | Consideration: Credit card debt Materials | | | | 18,612.13 |

Sheet no. __10__ of __24__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                   Subtotal ➤ | $ | 19,003.54

                        Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 © 1991-2009, New Hope Software, Inc., ver. 4.4.9-740 - 31033 - PDF-XChange 2.5 DE

In re __Nationwide Maintenance & General Contracting, Inc,__          Case No. _____
           **Debtor**                                                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 7355<br><br>HYDRO CLEANING SYSTEMS, INC.<br>70 PORTMAN ROAD<br>NEW ROCHELLE, NY 10801 | | | Services rendered | | | | 4,246.95 |
| ACCOUNT NO.<br><br>JEFF R. BERMAN, ESQ.<br>67 CUTTER MILL ROAD<br>GREAT NECK, NY 11021 | | | Attorneys for Amsterdam Color Works | | | | Notice Only |
| ACCOUNT NO.<br><br>KELLERMEYER BUILDING SERVICES<br>1575 HENTHORNE<br>MAUMEE, OH 43537 | | | Sub-Contractor | | | | Notice Only |
| ACCOUNT NO. 19419<br><br>KENDALL PLUMBING, CO.<br>6910 S.W. 75 TERRACE<br>MIAMI, FL 33143 | | | Sub-Contractor | | | | Notice Only |
| ACCOUNT NO.<br><br>KIDS WATERFRONT<br>1264 VIELE AVENUE<br>BRONX, NY 10474 | | | Trash removal off-site | | | | 3,537.00 |

Sheet no. __11__ of __24__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $     7,783.95

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-740 - 31033 - PDF-XChange 2.5 DE

In re  Nationwide Maintenance & General Contracting, Inc,　　　　　Case No. _____
　　　　　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>LAZER APTHEKER ROSELLA & YEDID<br>225 OLD COUNTRY ROAD<br>MELVILLE, NY 11747-2712 | | | Attorneys for Reckson Operating Partnership, L.P. | | | | Notice Only |
| ACCOUNT NO.<br><br>LESCH & LESCH<br>860 GRAND CONCOURSE<br>SUITE 2M<br>BRONX, NY 10451 | | | Attorneys for Luis Estuardo Gutierrez | | | | Notice Only |
| ACCOUNT NO.<br><br>LUIS ESTUARDO GUTIERREZ<br>C/O LESCH & LESCH<br>860 GRAND CONCOURSE, STE 2M<br>BRONX, NY 10451 | | | Personal injury lawsuit | X | | | Unknown |
| ACCOUNT NO.<br><br>MANNA & ASSOCIATES, LLC<br>P O BOX 1117<br>KEARNY, NJ 07032 | | | Collection agency for New Eljam Products, Inc. | | | | Notice Only |
| ACCOUNT NO.<br><br>MARCIE MANFREDONIA<br>57 ROOSEVELT DRIVE<br>BEDFORD HILLS, NY 10507-1013 | | | Salary | | | | 17,800.00 |

Sheet no. __12__ of __24__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 17,800.00

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-740 - 31033 - PDF-XChange 2.5 DE

B6F (Official Form 6F) (12/07) - Cont.

In re  Nationwide Maintenance & General Contracting, Inc,          Case No. _____
                            **Debtor**                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  MT8572 <br><br>MASTER'S TOUCH <br>331 TILTON ROAD, UNIT #20 <br>NORTHFIELD, NJ 08225 | | | Sub-Contractor | | | | Notice Only |
| ACCOUNT NO.  7002806608/7002757123 <br><br>MERCEDES-BENZ FINANCIAL <br>CORRESPONDENCE <br>P O BOX 685 <br>ROANOKE, TX 76262 | | | Vehicle lease for 2009 Mercedes-B C63 | | | | Notice Only |
| ACCOUNT NO. <br><br>METROPOLITAN LUMBER <br>617 ELEVENTH AVENUE <br>NEW YORK, NY 10036 | | | Supplies/services | | | | 1,152.67 |
| ACCOUNT NO.  225686 <br><br>MEYERS, SAXON & COLE <br>3620 QUENTIN ROAD <br>BROOKLYN, NY 11234 | | | Attorneys for Avaya, Inc. | | | | Notice Only |
| ACCOUNT NO.  19555 <br><br>MGM GLASS CORP. <br>4433 WHITE PLAINS ROAD <br>BRONX, NY 10470 | | | Sub-Contractor | | | | Notice Only |

Sheet no. __13__ of __24__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 1,152.67

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-740 - 31033 - PDF-XChange 2.5 DE

In re <u>Nationwide Maintenance & General Contracting, Inc,</u>    Case No. _____
           **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 15231<br><br>MR. HANDYMAN<br>5814-A MAINS LANE<br>FREDERICK, MD 21704 | | | Sub-Contractor | | | | Notice Only |
| ACCOUNT NO. 11305<br><br>MR. SIGN<br>THE SIGNTIFIC GROUP<br>33 FRANKLIN AVENUE<br>BROOKLYN, NY 11205 | | | Sub-Contractor | | | | Notice Only |
| ACCOUNT NO. 7973<br><br>MULTI-SEAL CORP<br>BOX 3457<br>ALHAMBRA, CA 91803 | | | Incurred: 3/20/09<br>Supplies, freight and delivery | | | | 4,711.28 |
| ACCOUNT NO.<br><br>NEW ELJAM PRODUCTS, INC.<br>2925 E. TREMONT AVE<br>BRONX, NY 10461 | | | Supplies/Services rendered | | | | 8,593.44 |
| ACCOUNT NO.<br><br>NORTH BRONX PAINT &<br>HARDWARE SUPPLY CO.<br>3239 WESTCHESTER AVE<br>BRONX, NY 10461-4507 | | | Supplies/Services rendered | | | | 11,650.33 |

Sheet no. <u>14</u> of <u>24</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 24,955.05

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-740 - 31033 - PDF-XChange 2.5 DE

In re __Nationwide Maintenance & General Contracting, Inc,__  Case No. _____
          **Debtor**                                           **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. TW-2660<br><br>NYC DEPT OF CONSUMER AFFAIRS ADJUDICATION DEPT. 68 JOHN STREET NEW YORK, NY 10007 | | | Incurred: 6/12/08<br>Ticket for unlicensed activity re: waste removal transportation | | | | 2,500.00 |
| ACCOUNT NO. 12456JX<br><br>NYC DEPT OF FINANCE PARKING VIOLATIONS P O BOX 2127, PECK SLIP STATION NEW YORK, NY 10272-2127 | | | Judgment Enforcement on Parking Tickets | | | | 775.00 |
| ACCOUNT NO. 25881JA<br><br>NYC DEPT OF FINANCE PARKING VIOLATIONS P O BOX 2127, PECK SLIP STATION NEW YORK, NY 10272-2127 | | | Judgment Enforcement on Parking Tickets | | | | 75.00 |
| ACCOUNT NO. 26811JR<br><br>NYC DEPT OF FINANCE PARKING VIOLATIONS P O BOX 2127, PECK SLIP STATION NEW YORK, NY 10272-2127 | | | Judgment Enforcement on Parking Tickets | | | | 240.00 |
| ACCOUNT NO. 26812JR<br><br>NYC DEPT OF FINANCE PARKING VIOLATIONS P O BOX 2127, PECK SLIP STATION NEW YORK, NY 10272-2127 | | | Parking Tickets | | | | 535.89 |

Sheet no. __15__ of __24__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $   4,125.89

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-740 - 31033 - PDF-XChange 2.5 DE

In re __Nationwide Maintenance & General Contracting, Inc,__     Case No. _____
                **Debtor**                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 31551JU<br><br>NYC DEPT OF FINANCE PARKING VIOLATIONS P O BOX 2127, PECK SLIP STATION NEW YORK, NY 10272-2127 | | | Parking tickets | | | | 303.44 |
| ACCOUNT NO. 35176JW<br><br>NYC DEPT OF FINANCE PARKING VIOLATIONS P O BOX 2127, PECK SLIP STATION NEW YORK, NY 10272-2127 | | | Parking tickets | | | | 816.23 |
| ACCOUNT NO. DNB4686<br><br>NYC DEPT OF FINANCE PARKING VIOLATIONS P O BOX 2127, PECK SLIP STATION NEW YORK, NY 10272-2127 | | | Judgment Enforcement on Parking tickets | | | | 1,138.50 |
| ACCOUNT NO. DNG1178<br><br>NYC DEPT OF FINANCE PARKING VIOLATIONS P O BOX 2127, PECK SLIP STATION NEW YORK, NY 10272-2127 | | | Judgment Enforcement on Parking tickets | | | | 352.42 |
| ACCOUNT NO. XC807R<br><br>NYC DEPT OF FINANCE PARKING VIOLATIONS P O BOX 2127, PECK SLIP STATION NEW YORK, NY 10272-2127 | | | Judgment Enforcement on Parking ticket | | | | 175.00 |

Sheet no. __16__ of __24__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $      2,785.59

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re ___Nationwide Maintenance & General Contracting, Inc,___  Case No. _____
  **Debtor**  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 6011 5681 0121 5275 OFFICE DEPOT CUSTOMER SERVICE 4740 121ST STREET URBANDALE, IA 50323 | | | Office supplies | | | | 12,051.28 |
| ACCOUNT NO. OFFICE OF LORI D. FISHMAN 303 SOUTH BROADWAY, STE 435 TARRYTOWN, NY 10591 ATTN: EDWARD G. O'LOUGHLIN, ESQ. | | | | | | | Notice Only |
| ACCOUNT NO. NM9735 OXFORD HEALTH PLANS 48 MONROE TURNPIKE TRUMBULL, CT 06611 | | | | | | | Notice Only |
| ACCOUNT NO. NM9735 OXFORD HEALTH PLANS P O BOX 1697 NEWARK, NJ 07101 | | | Medical Insurance | | | | 11,866.56 |
| ACCOUNT NO. PEDRO MOREJON C/O LORI D. FISHMAN, ESQ. 303 SOUTH BROADWAY, STE 435 TARRYTOWN, NY 10591 | | | Personal injury lawsuit | X | | | Unknown |

Sheet no. __17__ of __24__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ 23,917.84

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-740 - 31033 - PDF-XChange 2.5 DE

In re <u>Nationwide Maintenance & General Contracting, Inc,</u>     Case No. _____
               **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 00124913 <br><br> PENN-AMERICA GROUP, INC. <br> 420 S. YORK ROAD <br> HATBORO, PA 19040 | | | | | | | Notice Only |
| ACCOUNT NO. 7217129 <br><br> PITNEY BOWES <br> 2225 AMERICAN DRIVE <br> NEENAH, WI 54956-1005 | | | Postage machine lease | | | | 604.37 |
| ACCOUNT NO. 8000-9000-0462-5905 <br><br> PITNEY BOWES <br> 2225 AMERICAN DRIVE <br> NEENAH, WI 54956-1005 | | | Postage | | | | 4,582.88 |
| ACCOUNT NO. <br><br> PROFESSIONAL WOMEN IN CONSTRUCTION <br> 315 EAST 56TH STREET <br> NEW YORK, NY 10022-3730 | | | Incurred: 5/14/08 <br> Services rendered | | | | 390.00 |
| ACCOUNT NO. WC0 31883 <br><br> PUBLIC SERVICE MUTUAL, INC. CO., <br> 14763 COLLECTIONS CENTER DRIVE <br> CHICAGO, IL 60693 | | | Worker's compensation insurance | | | | 1,917.00 |

Sheet no. <u>18</u> of <u>24</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 7,494.25
Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-740 - 31033 - PDF-XChange 2.5 DE

In re ___Nationwide Maintenance & General Contracting, Inc,___  Case No. _____

**Debtor** **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 142611 <br><br> PWC HAWAII CORPORATION THE PEOPLE WHO CLEAN P O BOX 785 LAHAINA, HAWAII 96767 | | | Sub-Contractor | | | | Notice Only |
| ACCOUNT NO. <br><br> RECKSON OPERATING PARTNERSHIP 115/117 STEVENS AVENUE VALHALLA, NY 10595 | | | | | | | Notice Only |
| ACCOUNT NO. 115 117 0014 NATION11 <br><br> RECKSON OPERATING PARTNERSHIP GENERAL POST OFFICE P O BOX 5656 NEW YORK, NY 10087-5656 | | | Rent for surrendered office located at 115 E. Stevens Avenue, Valhalla, NY | | | | 7,533.91 |
| ACCOUNT NO. 168679 <br><br> RELIABLE OFFICE SYSTEMS 4442 ARTHUR KILL ROAD STATEN ISLAND, NY 10309 | | | Maintenance and service on leased copy machine | | | | 627.29 |
| ACCOUNT NO. 345714588-E4 <br><br> RMS 77 HARTLAND ST, STE 401 P O BOX 280431 EAST HARTFORD, CT 06128-0431 | | | Collection agent for Oxford Health Plans | | | | Notice Only |

Sheet no. __19__ of __24__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ | $ | 8,161.20

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-740 - 31033 - PDF-XChange 2.5 DE

In re   Nationwide Maintenance & General Contracting, Inc,                Case No. _____
                          **Debtor**                                                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>RMS<br>77 HARTLAND ST, STE 401<br>P O BOX 280431<br>EAST HARTFORD, CT 06128-0431 | | | Collection agent for Scottsdale Insurance Company | | | | Notice Only |
| ACCOUNT NO.  892<br><br>S&J SHEET METAL, INC.<br>608 EAST 133RD STREET<br>BRONX, NY 10454 | | | Services rendered | | | | 1,377.58 |
| ACCOUNT NO.<br><br>SACCO & FILLAS, LLP<br>141-07 20TH AVE, STE 506<br>WHITESTONE, NY 11357 | | | Attorneys for Angela Corsitto | | | | Notice Only |
| ACCOUNT NO.  771 5 09 0228765384<br><br>SAM'S CLUB<br>P O BOX 981064<br>EL PASO, TX 79998-1064 | | | Supplies | | | | 2,855.67 |
| ACCOUNT NO.  CLS1435940<br><br>SCOTTSDALE INSURANCE CO.<br>8877 N. GAINEY CENTER DR<br>SCOTTSDALE, AZ 85258-2108 | | | Insurance | | | | 47,206.96 |

Sheet no.  20  of  24  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $   51,440.21

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-740 - 31033 - PDF-XChange 2.5 DE

In re   Nationwide Maintenance & General Contracting, Inc,
 _____
                                                    **Debtor**

Case No. _____
                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  650442114 <br><br> SPRINT <br> P O BOX 660075 <br> DALLAS, TX 75266-0075 | | | Telephone services | | | | 3,694.76 |
| ACCOUNT NO.  7972 5600 0041 6828 <br><br> STAPLES CREDIT PLAN <br> CUSTOMER SERVICE <br> 4740 121ST STREET <br> URBANDALE, IA 50323 | | | Consideration: Credit card debt | | | | 23,553.66 |
| ACCOUNT NO.  7972 5600 0041 6828 <br><br> STAPLES CREDIT PLAN <br> P O BOX 689020 <br> DES MOINES, IA 50368 | | | | | | | Notice Only |
| ACCOUNT NO.  124 <br><br> T&L CARTING <br> 616 WILCOX AVENUE <br> BRONX, NY 10465 | | | Sub-Contractor | | | | Notice Only |
| ACCOUNT NO.  297511-1 <br><br> THE MATWORKS COMPANY LLC <br> 11900 OLD BALTIMORE PIKE <br> BELTSVILLE, MD 20705 | | | Supplies/Services rendered | | | | 2,752.30 |

Sheet no.  21   of 24   continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 30,000.72

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-740 - 31033 - PDF-XChange 2.5 DE

In re ___Nationwide Maintenance & General Contracting, Inc,___    Case No. _____
          **Debtor**                                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  SE030-0000085595 <br><br>TRANSWORLD SYSTEMS, INC. <br>1099 WALL ST, WEST #242 <br>LYNDHURST, NJ 07071 | | | Collection agent for Freschi Service Experts | | | | Notice Only |
| ACCOUNT NO.  22 <br><br>TWIN MOUNT SERVICE STATION <br>3333 E TREMONT AVENUE <br>BRONX, NY 10461 | | | Gas | | | | 4,827.30 |
| ACCOUNT NO. <br><br>UNITED AMERICA INS. GROUP <br>THREE BALA PLAZA EAST <br>SUITE 300 <br>BALA CYNWYD, PA 19004 | | | Insurance company in connection with Corsitto vs. Debtor | | | | Notice Only |
| ACCOUNT NO.  59180 <br><br>UNITED RENTALS <br>CREDIT OFFICE 620 <br>P O BOX 100711 <br>ATLANTA, GA 30384-0711 | | | | | | | Notice Only |
| ACCOUNT NO.  59180 <br><br>UNITED RENTALS AERIAL EQUIP <br>1 BIC WAY, SUITE 3 <br>CREDIT OFFICE <br>SHELTON, CT 06484-6223 | | | Rental equipment/machines | | | | 1,833.63 |

Sheet no. __22__ of __24__ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   | $ | 6,660.93

Total ➤   | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-740 - 31033 - PDF-XChange 2.5 DE

In re ___Nationwide Maintenance & General Contracting, Inc,___  Case No. _____
　　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-740 - 31033 - PDF-XChange 2.5 DE

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 4336 9400 0003 4409 <br><br> US BANK <br> CARDMEMBER SERVICE <br> P O BOX 6353 <br> FARGO, ND 58125-6353 | | | Consideration: Credit card debt | | | | 2,819.84 |
| ACCOUNT NO. 212X023889 130 210 <br><br> VERIZON BANKRUPTCY ADMIN. <br> P O BOX 3397 <br> BLOOMINGTON, IL 61702 | | | Telephone services | | | | 2,209.96 |
| ACCOUNT NO. 200672 <br><br> W&M SPRINKLER COMPANY, INC. <br> 50 BROADWAY <br> HAWTHORNE, NY 10532 | | | Sub-Contractor | | | | Notice Only |
| ACCOUNT NO. 5168 & 5055 <br><br> WEATHERSHIELD AIR CONDITIONING <br> 3140 SW 19TH STREET, STE 659 <br> PEMBROKE PARK, FL 33009 | | | Sub-Contractor | | | | Notice Only |
| ACCOUNT NO. S080034 <br><br> WESTCHESTER COUNTY <br> OFFICE OF RISK MANAGEMENT <br> 148 MARTINE AVE, RM 241 <br> WHITE PLAINS, NY 10601 | | | Damage to police vehicles incurred from an accident with the Mercedes vehicle leased by the company | | | | 2,901.08 |

Sheet no. __23__ of __24__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 7,930.88

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re   Nationwide Maintenance & General Contracting, Inc,
_____
                          **Debtor**

Case No. _____
                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> YOU ARE MY SUNSHINE RES & COMMERCIAL CLEANING 4902 SAUQUOIT LANE ANNANDALE, VA 22033 | | | Sub-Contractor | | | | Notice Only |
| ACCOUNT NO. 100204312 <br><br> ZEP SALES & SERVICE 860 NESTLE WAY BREINIGSVILLE, PA 18031 | | | Services rendered | | | | 2,577.51 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. _24_ of _24_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 2,577.51

Total ➤ | $ | 457,195.17

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-740 - 31033 - PDF-XChange 2.5 DE

In re  Nationwide Maintenance & General Contracting, Inc.          Case No. _____

_____

**Debtor**                                                                                        (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

☐    Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| SL Green Reckson<br>115 E. Stevens Avenue<br>Lower Level<br>Valhalla, NY 10595 | December 1, 2006 through and including February 28, 2014<br>$2,127.07 per month  for business premises located at 115 Stevens Avenue, Valhalla, New York<br><br>Lease on nonresidential real property |
| Seashell Realty, LLC<br>165 Main Street<br>Mount Kisco, NY 10549 | Lease for office space located at 175 Main Street, Ste 4, Mount Kisco, NY 10549<br>Terms: July 1, 2009 to July 31, 2014<br><br>Lease on nonresidential real property |
| RELIABLE OFFICE SYSTEMS<br>4442 ARTHUR KILL ROAD<br>STATEN ISLAND, NY 10309 | 5 year lease for Canon 3170U copy machine starting 10/5/06 |
| PITNEY BOWES<br>2225 AMERICN DRIVE<br>NEENAH, WI 54956-1005 | G900 Postage Meter, SBYS DM300C/5LB Weighing Plat, 1FAE Accounting (50 Dept) Soft, 770-8 Stampexpressions Printer Kit - 51 Month lease starting 12/17/08 |
| MOUNT KISCO CHEVROLET CAD, INC.<br>175 N BEDFORD ROAD<br>MOUNT KISCO, NY 10549 | 35 month lease for 2007 Cadillac Escalade starting on 4/13/07 - Vehicle has been surrendered in June 2009 |
| MT. KISCO CHEV CAD HUMMER, INC.<br>175 N BEDFORD ROAD<br>MOUNT KISCO, NY 10549 | 38 month lease for 2007 Chevrolet Avalanche Starting 12/23/06 - Vehicle has been Surrendered in June 2009 |
| AVAYA, INC.<br>574 GRAND REGENCY BLVD<br>BRANDON, FL 33510 | 36 month lease for telephone equipment starting 9/27/05 |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-740 - 31033 - PDF-XChange 2.5 DE

In re  Nationwide Maintenance & General Contracting, Inc.          Case No. _____
_____                                    (if known)
               Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
## (Continuation Page)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| RALLYE MOTORS<br>1600 NORTHERN BLVD<br>ROSLYN, NY 11576-1101 | 38 month lease for 2009 Mercedes-B C63 starting 8/31/08 |
| 1605 EAST 233RD STREET REALTY CORP.<br>3920 MERRITT AVENUE<br>BRONX, NY 10466 | Month-to-Month lease for garage space located at 3907 Merritt Avenue, Bronx, New York |
| | |
| | |
| | |
| | |
| | |
| | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-740 - 31033 - PDF-XChange 2.5 DE

# United States Bankruptcy Court
## Southern District of New York

In re  Nationwide Maintenance & General Contracting, Inc.

_____

Debtor

Case No. _____

Chapter __11__

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

**AMOUNTS SCHEDULED**

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 1 | $ 0.00 | | |
| B – Personal Property | YES | 3 | $ 427,623.87 | | |
| C – Property Claimed as exempt | NO | 0 | | | |
| D – Creditors Holding Secured Claims | YES | 1 | | $ 0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 4 | | $ 7,832.41 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 25 | | $ 457,195.17 | |
| G - Executory Contracts and Unexpired Leases | YES | 2 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ 0.00 |
| J - Current Expenditures of Individual Debtors(s) | NO | 0 | | | $ 0.00 |
| **TOTAL** | | 37 | $ 427,623.87 | $ 465,027.58 | |

Bankruptcy2009 © 1991-2009, New Hope Software, Inc., ver. 4.4.9-740 - 31033 - PDF-XChange 2.5 DE

# United States Bankruptcy Court
## Southern District of New York

In re    Nationwide Maintenance & General Contracting, Inc.      Case No. _____

                Debtor

                                                Chapter      11

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑    Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $    N.A. |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $    N.A. |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $    N.A. |
| Student Loan Obligations (from Schedule F) | $    N.A. |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $    N.A. |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $    N.A. |
| TOTAL | $    N.A. |

**State the Following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $    N.A. |
| Average Expenses (from Schedule J, Line 18) | $    N.A. |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $    N.A. |

**State the Following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $    N.A. |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $    N.A. | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $    N.A. |
| 4. Total from Schedule F | | $    N.A. |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $    N.A. |

Nationwide Maintenance & General Contracting, Inc.

In re _____     Case No. _____
                    **Debtor**                                              **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____     Signature: _____
                                                                          Debtor:

Date _____     Signature: _____
                                                                    (Joint Debtor, if any)

[If joint case, both spouses must sign.]

--------------------------------------------------------------------------------

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any,                     Social Security No.
of Bankruptcy Petition Preparer                              *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____

_____
Address

X _____          _____
   Signature of Bankruptcy Petition Preparer                              Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

--------------------------------------------------------------------------------

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the ___President_____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the Nationwide Maintenance & General Contracting, Inc. [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __39__ sheets *(total shown on summary page plus 1),* and that they are true and correct to the best of my knowledge, information, and belief.

Date ___09/25/09_____          Signature: ___/s/ Marcie Manfredonia_____

                                                                          __MARCIE MANFREDONIA_____
                                                                  [Print or type name of individual signing on behalf of debtor.]

--------------------------------------------------------------------------------

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In Re  Nationwide Maintenance & General Contracting, Inc.

Case No. _____
(if known)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None

☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| | AMOUNT | SOURCE |
|---|---|---|
| 2009 | $950,000.00 | Ordinary Course of Business (Estimated) |
| 2008 | $2,702,396.00 | Ordinary Course of Business (Gross Receipts) |
| 2007 | $2,732,080.00 | Ordinary Course of Business (Gross Sales) |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-740 - 31033 - PDF-XChange 2.5 DE

**2. Income other than from employment or operation of business**

None ☒

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                                        SOURCE

---

**3. Payments to creditors**

None ☒

*Complete a. or b., as appropriate, and c.*

*a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

None ☐

*b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

See Exhibit D Attached Hereto

None

☒    *c. All debtors:* List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None

☐    a.    List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
| --- | --- | --- | --- |
| Angela Corsitto and Bartholomew Cositto vs. Nationwide Maintenance Inc. Index No. 906C0_10079 | Personal injury lawsuit | Supreme Court, County of Bronx, State of New York | Pending - being defended by counsel appointed by Debtor's insurance carrier |
| Luis Estuardo Gutierrez vs. Nationwide Maintenance | Personal injury lawsuit | Supreme Court, County of Bronx, State of New York | Pending - being defended by counsel appointed by Debtor's insurance carrier |
| Pedro Morejon vs. Nationwide Maintenance, Inc. | Personal injury lawsuit | | Pending - being defended by counsel appointed by Debtor's insurance carrier |
| New York City Business Integrity Commission vs. Nationwide Maintenance, Inc. Violation No. TW 2660 | Violation/Fine | City of New York Department of Consumer Affairs | Fined $2,500.00 |

None ☒ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None ☐ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Mt. Kisco Chevrolet Cad Hummer<br>175 N. Bedford Road<br>Mount Kisco, NY 10549 | June 2009 | 2007 Chevrolet Avalanche<br>$7,021.08 due on Lease |
| Mount Kisco Chevrolet CAD, Inc.<br>175 N Bedford Road<br>Mount Kisco, NY 10549 | June 2009 | 2007 Cadillac Escalade<br>$11,122.43 due on lease |
| BMW Mount Kisco<br>557 North State Road<br>Briarcliff Manor, NY 10510 | June 2009 | 2008 BMW 650i<br>$81,700.53 |

**6. Assignments and Receiverships**

None ☒ a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-740 - 31033 - PDF-XChange 2.5 DE

None ☒ b.     List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7.   Gifts**

None ☒        List all gifts or charitable contributions made within one year immediately preceding the commencement of this case, except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8.   Losses**

None ☒        List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9.   Payments related to debt counseling or bankruptcy**

None ☐        List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Reich Reich & Reich, P.C. 235 Main Street, Suite 450 White Plains, NY 10601 | | See annexed Retainer Agreement |

**10. Other transfers**

None ☒

    a.   List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

    b.   List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

None ☒

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None ☐

    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| Citibank<br>1766 Crosby Avenue<br>Bronx, NY 10461 | Acct #84253960<br>Closing Balance: $0.00 | $0.00<br>9/17/09 |
| Citibank<br>66 Moger Avenue<br>Mount Kisco, NY 10549 | Acct #9932273392<br>Closing Balance: $0.00 | $0.00<br>9/17/09 |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc... ver. 4.4.9-740 - 31033 - PDF-XChange 2.5 DE

**12. Safe deposit boxes**

None ☒    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.    (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ☒    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case.    (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None ☒    List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None ☐    If the debtor has moved within the three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 115-117 Stevens Avenue Valhalla, NY 10595 | | 12/14/06 to 7/4/09 |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc. - ver. 4.4.9-740 - 31033 - PDF-XChange 2.5 DE

**16. Spouses and Former Spouses**

None
☒

     If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

     NAME

**17. Environmental Sites**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

     "Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

     "Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
☒

    a.    List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

    b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None
☒

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

    c.    List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

None
☒

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18. Nature, location and name of business**

None
☐

    a.     If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Nationwide Maintenance & General Contracting, Inc. | 13-3987385 | 175 Main Street, Ste 4 Mount Kisco, NY 10549 | General repairs and maintenance | 1/14/93 to Present |

None
☒

    b.     Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

         NAME                                ADDRESS

      The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

      *(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, record and financial statements**

None     a.     List all bookkeepers and accountants who within the two years immediately preceding the filing of this
☐     bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                          DATES SERVICES RENDERED

Marcie Manfredonia
57 Roosevelt Drive
Bedford Hills, NY 10507

Christine Pasev
336 Richbell Road
Mamaroneck, NY

Jim DeMinno, CPA
337 N. Main Street, Ste 13
New City, NY 10956

None     b.     List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case
☐     have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| Jim DeMinno, CPA | 337 N. Main Street, Ste 13 New City, NY 10956 | |
| Mark Silverman | 20 Vessey, Room 4021 New York, NY 10007 | |

None     c.     List all firms or individuals who at the time of the commencement of this case were in possession of the books
☐     of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| Marcie Manfredonia | 57 Roosevelt Drive Bedford Hills, NY 10507 |

None ☒   d.   List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the two years immediately preceding the commencement of this case by the debtor.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

### 20. Inventories

None ☒   a.   List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ☒   b.   List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

### 21. Current Partners, Officers, Directors and Shareholders

None ☒   a.   If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐   b.   If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Marcie Manfredonia 57 Roosevelt Drive Bedford Hills, NY 10507 | President | 100% sole stockholder |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-740 - 31033 - PDF-XChange 2.5 DE

**22. Former partners, officers, directors and shareholders**

None

☒    a.    If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|

None

☒    b.    If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|---------------------|

**23. Withdrawals from a partnership or distribution by a corporation**

None

☐    If the debtor is a partnership or a corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|------|------|------|
| Marcie Manfredonia<br>57 Roosevelt Drive<br>Bedford Hills, NY 10507<br>Relationship: President | 7/17/09<br>Salary | $2,255.33 |

**24. Tax Consolidation Group**

None

☒    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the six-year period immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|----------------------------|--------------------------------------|

**25. Pension Funds**

None      If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to
☒      which the debtor, as an employer, has been responsible for contributing at any time within the six-year period
     immediately preceding the commencement of the case.

                    NAME OF PENSION FUND                TAXPAYER IDENTIFICATION NUMBER (EIN)

\*    \*    \*    \*    \*    \*

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments
thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   09/25/09                 Signature     /s/ Marcie Manfredonia

                                              MARCIE MANFREDONIA,
                                              President

                                              Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

                             0    continuation sheets attached

         ***Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §152 and 3571***

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

     I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for
compensation and have provided the debtor with a copy of this document and the notices and required under 11U.S.C. §§ 110(b), 110(h), and 342(b); (3) if
rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I
have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required
in that section.

Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer           Social Security No. (Required by 11 U.S.C. § 110(c).)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or
partner who signs this document.*

Address

X
Signature of Bankruptcy Petition Preparer                          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is
not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

Bankruptcy2009 © 1991-2009, New Hope Software, Inc., ver. 4.4.9-740 - 31033 - PDF-XChange 2.5 DE

1605 EAST 233RD STREET
REALTY CORP.
3920 MERRITT AVENUE
BRONX, NY 10466


A&B GLASS
717 E. GUTIERREZ STREET
SANTA BARBARA, CA 93103


ALL COUNTY SEWER & DRAIN, INC.
7 GREENFIELD DRIVE
WARWICK, NY 10990


AMSTERDAM COLORWORKS
3326 MERRITT AVENUE
BRONX, NY 10475


ANI
15 IVES ROAD
HEWLETT, NY 11557


ARETTI ELECTRIC, INC.
P O BOX 255
MONSEY, NY 10952


ARS SAN DIEGO
8949 KENAMAR DRIVE
SUITE 110
SAN DIEGO, CA 92121


ASSOCIATED RECOVERY SYSTEMS
P O BOX 469046
ESCONDIDO, CA 92046-9046


AVAYA, INC.
574 GRAND REGENCY BLVD
BRANDON, FL 33510


AVAYA, INC.
574 GRAND REGENCY BLVD
BRANDON, FL 33510

BARTHOLOMEW & ANGELA CORSITTO
C/O SACCO & FILLAS LLP
141-07 20TH AVENUE, STE 506
WHITESTONE, NY 11357


BAYSHORE ELECTRIC, INC.
P O BOX 611
DANA POINT, CA 92629


BEACON ELECTRIC
9 BARTON PLACE
PACIFICA, CA 94044


BLUE BOOK
P O BOX 500
JEFFERSON VALLEY, NY 10535


BMW FINANCIAL SERVICES
CUSTOMER SERVICE
P O BOX 3608
DUBLIN, OH 43016-0306


BROADVIEW NETWORKS
45-18- COURT SQUARE, STE 300
LONG ISLAND CITY, NY 11101


BROADVIEW NETWORKS
P O BOX 1191
PORT CHESTER, NY 10573-1191


BRONX TIRE CENTER, INC.
2421 E. TREMONT AVENUE
BRONX, NY 10461


CALLAN KOSTER BRADY & BRENNAN
ONE WHITEHALL STREET
NEW YORK, NY 10004


CAPITAL MANAGEMENT SERVICES
726 EXCHANGE STREET
SUITE 700
BUFFALO, NY 14210

CHASE
P O BOX 15298
WILMINGTON, DE 19850-5298


CHASE
P O BOX 15298
WILMINGTON, DE 19850-5298


CIRCLE ELECTRIC, INC.
12348 WILKINS AVENUE
ROCKVILLE, MD 20852


CITI PLATINUM BUSINESS CARD
P O BOX 44180
JACKSONVILLE, FL 32231-4180


CITIBANK CHECKING PLUS
1766 CROSBY AVENUE
BRONX, NY 10461


CITIBANK, N.A.
BUSINESS BANK LOAN OPS
100 CITIBANK DR, BLDG 1, 1ST FL
SAN ANTONIO, TX 78245


CITIBUSINESS CARD
P O BOX 44180
JACKSONVILLE, FL 32231-4180


CITIBUSINESS CARD
P O BOX 44180
JACKSONVILLE, FL 32231-4180


CITY OF NY BUSINESS
INTEGRITY COMMISSION
100 CHURCH STREET, 20TH FL
NEW YORK, NY 10007


CNA
C/O BILLING/COLLECTIONS
333 S WABASH AVENUE
CHICAGO, IL 60604-4107

COLGATE SCAFFOLDING &
EQUIPMENT
1470 BRUCKNER BLVD
BRONX, NY 10473


COREY GLASS, INC.
3 MAIN STREET
HASTINGS-ON-HUDSON, NY 10706


D'ALBORA
65 BROOK AVENUE
DEER PARK, NY 11729


DE LAGE LANDEN FINANCIAL
ATTN: CUSTOMER SERVICE
1111 OLD EAGLE SCHOOL RD
WAYNE, PA 19087-1453


DELL FINANCIAL SERVICES
C/O DFS CUSTOMER CARE DEPT
P O BOX 81577
AUSTIN, TX 78708-1577


DELL FINANCIAL SERVICES
P O BOX 80409
AUSTIN, TX 78708-0409


DELL FINANCIAL SERVICES
P O BOX 80409
AUSTIN, TX 78708-0409


DELL FINANCIAL SERVICES
P O BOX 81577
AUSTIN, TX 78708-1577
ATTN: CORRESPONDENCE


EAST TREMONT PLUMBING
& HEATING, INC.
3117 EAST TREMONT AVE
BRONX, NY 10461

```
EAST TREMONT PLUMBING
AND HEATING SUPPLY
3117 E TREMONT AVENUE
BRONX, NY 10461


EXCEL DISTRIBUTORS
P O BOX 306
YONKERS, NY 10702


FRESCHI SERVICE EXPERTS
GENERAL MANAGER
715 A FULTON SHIPYARD RD
ANTIOCH, CA 94509


GC SERVICES LIMITED PARTNERSHIP
6330 GULFTON
HOUSTON, TX 77081


GMAC FINANCIAL
P O BOX 380902
BLOOMINGTON, MN 55438-0902


GMAC FINANCING
P O BOX 130424
ROSEVILLE, MN 55113


GMAC FINANCING
P O BOX 130424
ROSEVILLE, MN 55113


GMAC FINANCING
P O BOX 130424
ROSEVILLE, MN 55113


GMAC FINANCING
P O BOX 130424
ROSEVILLE, MN 55113


GMAC FINANCING
P O BOX 130424
ROSEVILLE, MN 55113
```

```
GMAC FINANCING
P O BOX 130424
ROSEVILLE, MN 55113


GMAC FINANCING
P O BOX 130424
ROSEVILLE, MN 55113


GNK BI-ENERGY CORP.
824 ALLERTON AVENUE
BRONX, NY 10467-9146


GOLDMAN IMANI & GOLDBERG
9894 BISSONNET ST
SUITE 565
HOUSTON, TX 77036


GREENSPAN & GREENSPAN
150 GRAND STREET
WHITE PLAINS, NY 10601


HERZFELD & RUBIN, P.C.
40 WALL STREET
NEW YORK, NY 10005-2349


HIGHWAY TECHNOLOGIES INC.
316 PATTERSON PLANK RD
CARLSTADT, NJ 07072-2306


HOCON INDUSTRIAL GAS
86 PAYNE ROAD
DANBURY, CT 06810


HOME DEPOT
P O BOX 6029
THE LAKES, NV 88901


HOME DEPOT CREDIT SERVICES
P O BOX 689100
DES MOINES, IA 50368-9100
```

HYDRO CLEANING SYSTEMS, INC.
70 PORTMAN ROAD
NEW ROCHELLE, NY 10801


JEFF R. BERMAN, ESQ.
67 CUTTER MILL ROAD
GREAT NECK, NY 11021


KELLERMEYER BUILDING SERVICES
1575 HENTHORNE
MAUMEE, OH 43537


KENDALL PLUMBING, CO.
6910 S.W. 75 TERRACE
MIAMI, FL 33143


KIDS WATERFRONT
1264 VIELE AVENUE
BRONX, NY 10474


LAZER APTHEKER ROSELLA & YEDID
225 OLD COUNTRY ROAD
MELVILLE, NY 11747-2712


LESCH & LESCH
860 GRAND CONCOURSE
SUITE 2M
BRONX, NY 10451


LUIS ESTUARDO GUTIERREZ
C/O LESCH & LESCH
860 GRAND CONCOURSE, STE 2M
BRONX, NY 10451


MANNA & ASSOCIATES, LLC
P O BOX 1117
KEARNY, NJ 07032


MARCIE MANFREDONIA
57 ROOSEVELT DRIVE
BEDFORD HILLS, NY 10507-1013

MASTER'S TOUCH
331 TILTON ROAD, UNIT #20
NORTHFIELD, NJ 08225


MERCEDES-BENZ FINANCIAL
CORRESPONDENCE
P O BOX 685
ROANOKE, TX 76262


METROPOLITAN LUMBER
617 ELEVENTH AVENUE
NEW YORK, NY 10036


MEYERS, SAXON & COLE
3620 QUENTIN ROAD
BROOKLYN, NY 11234


MGM GLASS CORP.
4433 WHITE PLAINS ROAD
BRONX, NY 10470


MOUNT KISCO CHEVROLET CAD, INC.
175 N BEDFORD ROAD
MOUNT KISCO, NY 10549


MR. HANDYMAN
5814-A MAINS LANE
FREDERICK, MD 21704


MR. SIGN
THE SIGNTIFIC GROUP
33 FRANKLIN AVENUE
BROOKLYN, NY 11205


MT. KISCO CHEV CAD HUMMER, INC.
175 N BEDFORD ROAD
MOUNT KISCO, NY 10549


MULTI-SEAL CORP
BOX 3457
ALHAMBRA, CA 91803

```
NEW ELJAM PRODUCTS, INC.
2925 E. TREMONT AVE
BRONX, NY 10461


NEW YORK CITY FINANCE
59 MAIDEN LANE
NEW YORK, NY 10038-4502


NICK SICILIANO
57 ROOSEVELT DRIVE
BEDFORD, NY 10507-1013


NORTH BRONX PAINT &
HARDWARE SUPPLY CO.
3239 WESTCHESTER AVE
BRONX, NY 10461-4507


NYC DEPT OF CONSUMER AFFAIRS
ADJUDICATION DEPT.
68 JOHN STREET
NEW YORK, NY 10007


NYC DEPT OF FINANCE
PARKING VIOLATIONS
P O BOX 2127, PECK SLIP STATION
NEW YORK, NY 10272-2127


NYC DEPT OF FINANCE
PARKING VIOLATIONS
P O BOX 2127, PECK SLIP STATION
NEW YORK, NY 10272-2127


NYC DEPT OF FINANCE
PARKING VIOLATIONS
P O BOX 2127, PECK SLIP STATION
NEW YORK, NY 10272-2127


NYC DEPT OF FINANCE
PARKING VIOLATIONS
P O BOX 2127, PECK SLIP STATION
NEW YORK, NY 10272-2127
```

NYC DEPT OF FINANCE
PARKING VIOLATIONS
P O BOX 2127, PECK SLIP STATION
NEW YORK, NY 10272-2127


NYC DEPT OF FINANCE
PARKING VIOLATIONS
P O BOX 2127, PECK SLIP STATION
NEW YORK, NY 10272-2127


NYC DEPT OF FINANCE
PARKING VIOLATIONS
P O BOX 2127, PECK SLIP STATION
NEW YORK, NY 10272-2127


NYC DEPT OF FINANCE
PARKING VIOLATIONS
P O BOX 2127, PECK SLIP STATION
NEW YORK, NY 10272-2127


NYC DEPT OF FINANCE
PARKING VIOLATIONS
P O BOX 2127, PECK SLIP STATION
NEW YORK, NY 10272-2127


NYS DEPT OF TAX & FINANCE
BANKRUPTCY/SPECIAL PROCEDURES
P O BOX 5300
ALBANY, NY 12205-0300


NYS DEPT OF TAX & FINANCE
SALES TAX BUR-DESK AUDIT
W.A. HARRIMAN CAMPUS, BLDG 9
ALBANY, NY 12227
ATTN: GEORGE SHUHART


OFFICE DEPOT
CUSTOMER SERVICE
4740 121ST STREET
URBANDALE, IA 50323

OFFICE OF LORI D. FISHMAN
303 SOUTH BROADWAY, STE 435
TARRYTOWN, NY 10591
ATTN: EDWARD G. O'LOUGHLIN, ESQ.


OXFORD HEALTH PLANS
48 MONROE TURNPIKE
TRUMBULL, CT 06611


OXFORD HEALTH PLANS
P O BOX 1697
NEWARK, NJ 07101


PEDRO MOREJON C/O
LORI D. FISHMAN, ESQ.
303 SOUTH BROADWAY, STE 435
TARRYTOWN, NY 10591


PENN-AMERICA GROUP, INC.
420 S. YORK ROAD
HATBORO, PA 19040


PITNEY BOWES
2225 AMERICAN DRIVE
NEENAH, WI 54956-1005


PITNEY BOWES
2225 AMERICAN DRIVE
NEENAH, WI 54956-1005


PITNEY BOWES
2225 AMERICN DRIVE
NEENAH, WI 54956-1005


PROFESSIONAL WOMEN IN CONSTRUCTION
315 EAST 56TH STREET
NEW YORK, NY 10022-3730


PUBLIC SERVICE MUTUAL, INC. CO.,
14763 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

```
PWC HAWAII CORPORATION
THE PEOPLE WHO CLEAN
P O BOX 785
LAHAINA, HAWAII 96767


RALLYE MOTORS
1600 NORTHERN BLVD
ROSLYN, NY 11576-1101


RECKSON OPERATING PARTNERSHIP
115/117 STEVENS AVENUE
VALHALLA, NY 10595


RECKSON OPERATING PARTNERSHIP
GENERAL POST OFFICE
P O BOX 5656
NEW YORK, NY 10087-5656


RELIABLE OFFICE SYSTEMS
4442 ARTHUR KILL ROAD
STATEN ISLAND, NY 10309


RELIABLE OFFICE SYSTEMS
4442 ARTHUR KILL ROAD
STATEN ISLAND, NY 10309


RMS
77 HARTLAND ST, STE 401
P O BOX 280431
EAST HARTFORD, CT 06128-0431


RMS
77 HARTLAND ST, STE 401
P O BOX 280431
EAST HARTFORD, CT 06128-0431


S&J SHEET METAL, INC.
608 EAST 133RD STREET
BRONX, NY 10454


SACCO & FILLAS, LLP
141-07 20TH AVE, STE 506
WHITESTONE, NY 11357
```

SAM'S CLUB
P O BOX 981064
EL PASO, TX 79998-1064


SCOTTSDALE INSURANCE CO.
8877 N. GAINEY CENTER DR
SCOTTSDALE, AZ 85258-2108


Seashell Realty, LLC
165 Main Street
Mount Kisco, NY 10549


SL Green Reckson
115 E. Stevens Avenue
Lower Level
Valhalla, NY 10595


SPRINT
P O BOX 660075
DALLAS, TX 75266-0075


STAPLES CREDIT PLAN
CUSTOMER SERVICE
4740 121ST STREET
URBANDALE, IA 50323


STAPLES CREDIT PLAN
P O BOX 689020
DES MOINES, IA 50368


T&L CARTING
616 WILCOX AVENUE
BRONX, NY 10465


THE MATWORKS COMPANY LLC
11900 OLD BALTIMORE PIKE
BELTSVILLE, MD 20705


TRANSWORLD SYSTEMS, INC.
1099 WALL ST, WEST #242
LYNDHURST, NJ 07071

TWIN MOUNT SERVICE STATION
3333 E TREMONT AVENUE
BRONX, NY 10461


UNITED AMERICA INS. GROUP
THREE BALA PLAZA EAST
SUITE 300
BALA CYNWYD, PA 19004


UNITED RENTALS
CREDIT OFFICE 620
P O BOX 100711
ATLANTA, GA 30384-0711


UNITED RENTALS AERIAL EQUIP
1 BIC WAY, SUITE 3
CREDIT OFFICE
SHELTON, CT 06484-6223


US BANK
CARDMEMBER SERVICE
P O BOX 6353
FARGO, ND 58125-6353


VERIZON BANKRUPTCY ADMIN.
P O BOX 3397
BLOOMINGTON, IL 61702


W&M SPRINKLER COMPANY, INC.
50 BROADWAY
HAWTHORNE, NY 10532


WEATHERSHIELD AIR CONDITIONING
3140 SW 19TH STREET, STE 659
PEMBROKE PARK, FL 33009


WESTCHESTER COUNTY
OFFICE OF RISK MANAGEMENT
148 MARTINE AVE, RM 241
WHITE PLAINS, NY 10601

YOU ARE MY SUNSHINE
RES & COMMERCIAL CLEANING
4902 SAUQUOIT LANE
ANNANDALE, VA 22033


ZEP SALES & SERVICE
860 NESTLE WAY
BREINIGSVILLE, PA 18031