**UNITED STATES BANKRUPTCY COURT**
Southern District of New York

In Re: <u>Nationwide Maintenance &</u>
<u>General Contracting, Inc.</u>         Case No. _____
            Debtor          Chapter 11

**LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS**

  Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this Chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. §101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, indicate that by stating "a minor child." See 11 U.S.C. §112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of Claim [if secured also state value of security] |
| Citibank, N.A. Business Bank Loan Ops 100 Citibank Drive, Bldg 1, 1st Floor, San Antontio, TX 78245 | Customer Service (877)528-0990 | Business loan | | $96,603.91 |
| Citibank Checking Plus 1766 Crosby Avenue, Bronx, NY 10461 | (718)828-1492 | Overdraft | | $48,933.35 |
| Scottsdale Insurance Co. 8877 N. Gainey Center Drive, Scottsdale, AZ 85258-2108 | RMS - 800-759-3867 Ref #cLS1435940 | Insurance | | $47,206.96 |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of Claim [if secured also state value of security] |
|---|---|---|---|---|
| Greenspan & Greenspan 150 Grand St, White Plains, NY 10601 | (914)946-2500 | Legal fees | | $34,410.03 |
| Staples Credit Plan, Customer Service, 4740 121st Street, Urbandale, IA 50323 | Customer Service (800)378-2753 | Supplies | | $23,553.66 |
| Home Depot Credit Serv. P O Box 689100 Des Moines, IA 50368-9100 | Customer Service (800)685-6691 | Credit Card/Materials | | $18,612.13 |
| Office Depot Customer Serv. 4740 121st Street, Urbandale, IA 50323 | Customer Service (800)729-7744 | Supplies | | $12,051.28 |
| Chase PO Box 15298 Wilmington, DE 19850-5298 | Customer Service (800)346-5538 | Credit Card | | $11,953.22 |
| Oxford Health Plans P O Box 1697 Newark, NJ 07101 | (800)444-6222 | Health Insurance | | $11,866.56 |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of Claim [if secured also state value of security] |
|---|---|---|---|---|
| North Bronx Paint & Hardware Supply Co. 3239 Westchester Avenue, Bronx, NY 10461-4507 | Jack Gargiulo (718)828-2402 | Supplies/ services rendered | | $11,650.33 |
| New Eljam Products, Inc. 2925 E. Tremont Ave, Bronx, NY 10461 | (718)792-8800 | Supplies & Services rendered | | $8,593.44 |
| Reckson Operating Partnership General Post Office P O Box 5656 New York, NY 10087-5656 | (951)658-4637 | Rent for surrendered office premises in Valhalla | | $7,533.91 |
| Citibusiness Card P O Box 44180 Jacksonville, FL 32231-4180 | Customer Service (800)750-7453 | Credit Card | | $7,295.52 |
| Chase P O Box 15298 Wilmington, DE 19850-5298 | Customer Service (800)346-5538 | Credit Card | | $5,364.62 |
| Dell Financial Services P O Box 80409 Austin, TX 78708-0409 | Customer Service 877-663-3355 | Computer Financing | | $4,846.83 |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of Claim [if secured also state value of security] |
|---|---|---|---|---|
| Twin Mount Service Station 3333 E Tremont Avenue Bronx, NY 10461 | (718)829-3459 | Gas | | $4,827.30 |
| Blue Book P O Box 500 Jefferson Valley, NY 10535 | (800)431-2584 | Advertising | | $4,802.60 |
| Multi-Seal Corp. Box 3457 Alhambra, CA 91803 | (626) 282-5659 | Supplies, freight & delivery | | $4,711.28 |
| Pitney Bowes 2225 American Drive, Neenah, WI 54956-1005 | Customer Service (800)243-7800 | Postage Machine Lease | | $4,582.88 |
| Hydro Cleaning Systems, Inc. 70 Portman Road New Rochelle, NY 10801 | (914)654-1300 | Services rendered | | $4,246.95 |

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, [the president or other officer or an authorized agent of the corporation] named as debtor in this case, declare under penalty of perjury that I have read the foregoing LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS and that it is true and correct to the best of my information and belief.

Date  9/25/09

Signature  _____
MARCIE MANFREDONIA,
President

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-740 - 31033