# NATIONWIDE MAINTENANCE, INC.

# FINANCIAL STATEMENTS

# FOR THE YEAR ENDED DECEMBER 31, 2008

JUN-16-2009 TUE 02:24 PM JAMES DEMINNO CPA        FAX NO. 8456384529        P. 02

# NATIONWIDE MAINTENANCE, INC.

## TABLE OF CONTENTS

| | |
|---|---|
| Accountant's Review Report | 1 |
| Balance Sheet as of 12/31/08 | 2 |
| Statement of Income and Retained Earnings for the period ending 12/31/08 | 3 |
| Statement of Cash Flows for the period ending 12/31/08 | 4 |
| Notes to Financial Statements | 5 - 6 |
| Schedule 1: Detailed Costs of Earned Revenue and General Expenses | 7 |

James DeMinno
Certified Public Accountant

JAMES DEMINNO, M.B.A., P.M.C.

## CERTIFIED PUBLIC ACCOUNTANT

337 North Main Street, Suite 13
New City, N.Y. 10956
(845)638-4527
Fax (845)638-4529

ACCOUNTANT'S REVIEW REPORT

To the Board of Directors
Nationwide Maintenance, Inc.
Valhalla, New York

I have reviewed the accompanying balance sheet for Nationwide Maintenance, Inc. as of December 31, 2008 and the related statements of income, retained earnings and cash flows for the year then ended, in accordance with Statements on Standards for Accounting and Review Services issued by the American Institute of Certified Public Accountants. All information included in these financial statements is the representation of the management of Nationwide Maintenance Inc.

A review consists primarily of inquiries of Company personnel and analytical procedures applied to financial data. It is substantially less in scope than an audit in accordance with generally accepted auditing standards, the objective of which is the expression of an opinion regarding the financial statements taken as a whole.

Based upon my review, I am not aware of any material modifications that should be made to the accompanying financial statements in order for them to be in conformity with generally accepted accounting principles.

James DeMinno
Certified Public Accountant

June 15, 2009                                                                                      Page 1

# NATIONWIDE MAINTENANCE, INC.
# BALANCE SHEET

## AS OF DECEMBER 31, 2008

### ASSETS

| | | |
|---|---:|---:|
| Current Assets: | | |
| Cash | $ (12,828) | |
| Investment in Sanmar Construction | 5,000 | |
| Total Current Assets | | (7,828) |
| | | |
| Property and Equipment | | |
| Machinery and Equipment | 245,704 | |
| Less: Accumulated Depreciation | (130,262) | |
| Property and Equipment, Net | | 115,442 |
| | | |
| TOTAL ASSETS | | $ 107,614 |

### LIABILITIES

| | | |
|---|---:|---:|
| Current Liabilities | | |
| Loans from Shareholder | 30,295 | |
| Notes Payable | 120,443 | |
| Total Current Liabilities | | 150,738 |
| | | |
| TOTAL LIABILITIES | | $ 150,738 |

### STOCKHOLDERS' EQUITY

| | | |
|---|---:|---:|
| Common Stock, no par value | | |
| Issued & Outstanding 100 Shares | 10,000 | |
| Retained Earnings | (53,124) | |
| Total Stockholders' Equity | | (43,124) |
| | | |
| TOTAL LIABILITIES & STOCKHOLDERS EQUITY | | $ 107,614 |

James DeMinno
Certified Public Accountant

Page 2

# NATIONWIDE MAINTENANCE, INC.
## STATEMENT OF INCOME AND RETAINED EARNINGS
### FOR THE YEAR ENDED DECEMBER 31, 2008

| | | |
|---|---:|---:|
| Earned Revenue Net of Returns | | $2,702,396 |
| Cost of Earned Revenue (See Page 7) | | 915,498 |
| Gross Profit | | 1,786,898 |
| Operating Expenses | | |
|     Salaries & Wages | 1,025,714 | |
|     General Expenses (See Page 7) | 803,773 | |
| Total Operating Expenses | | 1,829,487 |
| Operating Income | | (42,589) |
| Retained Earnings January 1, 2008 | | (9,005) |
| Retained Earnings December 31, 2008 | | (53,124) |

James DeMinno
Certified Public Accountant

Page 3

# NATIONWIDE MAINTENANCE, INC.
## STATEMENT OF CASH FLOWS

### December 31, 2008

| | | |
|---|---:|---:|
| Cash Flows from Operating Activities | | |
| Net Income | $ | (42,589) |
| Adjustments to Reconcile net income to cash: | | |
| Increase in Notes Payable | 58,799 | |
| Depreciation | 20,042 | |
| Decrease in Officer Loan | (19,705) | |
| Subtotal Adjustments | | 59,136 |
| Net cash from operating activities | | 16,547 |
| Cash Balance - January 1, 2008 | | (29,375) |
| Cash Balance – December 31, 2008 | | (12,828) |

James DeMinno
Certified Public Accountant

Page 4

# NATIONWIDE MAINTENANCE, INC.
## NOTES TO FINANCIAL STATEMENTS
### DECEMBER 31, 2008

**NOTE 1**  **Loans to/from Shareholders**

The amounts receivable from shareholders are as follows:

| | |
|---|---|
| Marcie Manfredonia | $ 30,295 |
| | $ 30,295 |

**NOTE 2**  **Accrued Expenses**

| | |
|---|---|
| Notes Payable | $ 120,443 |
| | $ 120,443 |

Page 5

# NATIONWIDE MAINTENANCE, INC.
## NOTES TO FINANCIAL STATEMENTS
### DECEMBER 31, 2008

**Summary of Significant Accounting Policies:**

Organization:

Nationwide Maintenance, Inc. is a Corporation operating within the State of New York. The company concentrates its efforts in plumbing & heating contracting.

(A) Income Recognition:
   The company is on the accrual basis and follows the percentage-of-completion method for recognizing contract income. Memorandum entries are made to conform to generally accepted accounting principles.

(B) Current Assets and Liabilities:
   In accordance with industry practice, Nationwide Maintenance, Inc. includes in current assets and liabilities realizable and payable under contract which may extend beyond one year.

(C) Depreciation:
   Depreciation is provided on a straight-line method over the estimated useful lives of the related assets.

(D) Income Taxes:
   Nationwide Maintenance, Inc. is an 'S' Corporation, therefore, provisions for federal income taxes have been made.

## NATIONWIDE MAINTENANCE, INC.
### Schedule 1 Detailed Costs of Earned Revenue and General Expenses

### For the Year Ended December 31, 2008

| | | |
|---|---|---|
| Cost of Earned Revenue | | |
| Materials and Supplies | $ | 666,115 |
| Outside Labor & Subcontractors | | 249,383 |
| Total Cost of Earned Revenue | $ | 915,498 |
| | | |
| General Expenses | | |
| Taxes (payroll & sales) | $ | 184,980 |
| Utilities | | 48,681 |
| Rents | | 74,973 |
| Auto & Truck Expense | | 218,683 |
| Insurance | | 155,047 |
| Office Expense | | 121,409 |
| Total General Expenses | $ | 803,773 |