# EXHIBIT A

# Nationwide Maintenance & General Contracting Inc.
## A/R Aging Summary
### As of September 25, 2009

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| **ACHS Management Corp** | | | | | | |
| Building-livingston street | 2,771.95 | 0.00 | 0.00 | 0.00 | 0.00 | 2,771.95 |
| Staples #1261 | 0.00 | 1,161.70 | 0.00 | 0.00 | 0.00 | 1,161.70 |
| **Total ACHS Management Corp** | 2,771.95 | 1,161.70 | 0.00 | 0.00 | 0.00 | 3,933.65 |
| **Apple Bees** | | | | | | |
| Agnies B | 108.88 | 0.00 | 0.00 | 0.00 | 0.00 | 108.88 |
| American Girl | 1,742.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,742.00 |
| Apple Bee's - 27 Mamaroneck Avenue | 0.00 | 620.28 | 0.00 | 0.00 | 200.00 | 820.28 |
| Apple Bee's - Fresh Meadows | 353.84 | 0.00 | 0.00 | 0.00 | 0.00 | 353.84 |
| Apple Bee's Astoria | 571.59 | 571.59 | 0.00 | 0.00 | 0.00 | 1,143.18 |
| Apple Bee's Bay Plaza | 0.00 | 669.58 | 0.00 | 0.00 | 0.00 | 669.58 |
| Apple Bees | | | | | | |
| 25 Le Count Place | 0.00 | 408.28 | 0.00 | 0.00 | 0.00 | 408.28 |
| 640 Boston Post Road | 0.00 | 0.00 | 1,182.50 | 0.00 | 0.00 | 1,182.50 |
| 90-15 Queens Blvd | 0.00 | 642.36 | 0.00 | 0.00 | 216.75 | 859.11 |
| 95-25 Queens Boulevard | 424.61 | 0.00 | 0.00 | 0.00 | 422.66 | 847.27 |
| Apple Bee's | 190.53 | 244.97 | 0.00 | 0.00 | 0.00 | 435.50 |
| Apple Bee's Hawthorne | 0.00 | 544.38 | 967.50 | 0.00 | 0.00 | 1,511.88 |
| Apple Bees - Other | 0.00 | 217.75 | 5,293.77 | 0.00 | 0.00 | 5,511.52 |
| **Total Apple Bees** | 615.14 | 2,057.74 | 7,443.77 | 0.00 | 639.41 | 10,756.06 |
| Applebee's - Staten Island | 0.00 | 544.38 | 0.00 | 0.00 | 0.00 | 544.38 |
| Applebees- MtKisco | 0.00 | 1,009.33 | 0.00 | 0.00 | 0.00 | 1,009.33 |
| **Au Bon Pain** | | | | | | |
| 125 Westchester Avenue | 963.54 | 0.00 | 0.00 | 0.00 | 0.00 | 963.54 |
| 6 Union Square East | 435.50 | 0.00 | 0.00 | 0.00 | 0.00 | 435.50 |
| 60 Broad Street | 4,793.77 | 0.00 | 0.00 | 0.00 | 0.00 | 4,793.77 |
| Penn Station | 1,742.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,742.00 |
| **Total Au Bon Pain** | 7,934.81 | 0.00 | 0.00 | 0.00 | 0.00 | 7,934.81 |
| Beach Cafe | 353.84 | 0.00 | 0.00 | 0.00 | 0.00 | 353.84 |
| Bed Bath & Beyond ( East 61st, NYC ) | 381.06 | 381.06 | 379.31 | 379.31 | 0.00 | 1,520.74 |
| Bed Bath & Beyond (6th Avenue) | 952.66 | 952.66 | 650.25 | 650.25 | 0.00 | 3,205.82 |
| Bed Bath Beyond (CT) | 0.00 | 1,378.00 | 0.00 | 1,378.00 | 0.00 | 2,756.00 |
| Berdorf Goodmen | 2,068.63 | 0.00 | 0.00 | 0.00 | 0.00 | 2,068.63 |
| Best Buy #442 | 707.69 | 0.00 | 0.00 | 704.44 | 0.00 | 1,412.13 |
| Betsey Johnson - Nassau, LI | | | | | | |
| 25-Long Island | 0.00 | 2,813.75 | 0.00 | 0.00 | 1,148.16 | 3,961.91 |
| **Total Betsey Johnson - Nassau, LI** | 0.00 | 2,813.75 | 0.00 | 0.00 | 1,148.16 | 3,961.91 |
| Betsey Johnson Corp-NYC | | | | | | |
| 01- Columbus Ave., NY | 0.00 | 0.00 | 0.00 | 0.00 | 135.47 | 135.47 |
| 03 - E. 60th St, NY | 81.66 | 293.96 | 0.00 | 0.00 | 488.77 | 864.39 |
| **Total Betsey Johnson Corp-NYC** | 81.66 | 293.96 | 0.00 | 0.00 | 624.24 | 999.86 |

# Nationwide Maintenance & General Contracting Inc.
## A/R Aging Summary
### As of September 25, 2009

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| Betsey Johnson Corp. | | | | | | |
| 04 - Camarillo, CA | 700.00 | 502.25 | 0.00 | 0.00 | 0.00 | 1,202.25 |
| 07 - Fillmore, CA | 817.45 | 0.00 | 395.00 | 0.00 | 0.00 | 1,212.45 |
| 11 - Seattle, WA | 0.00 | 0.00 | 115.40 | 0.00 | 0.00 | 115.40 |
| 13 - Geary St., CA | 565.00 | 0.00 | 0.00 | 0.00 | 0.00 | 565.00 |
| 14 - Washington, D.C. | 0.00 | 0.00 | 0.00 | 0.00 | 542.00 | 542.00 |
| 17- Los Angeles, CA | 0.00 | 0.00 | 0.00 | 0.00 | 275.00 | 275.00 |
| 23 - Fashion Island | 0.00 | 434.85 | 0.00 | 0.00 | 0.00 | 434.85 |
| 53 - Coral Gables, FL | 0.00 | 135.00 | 474.65 | 0.00 | 0.00 | 609.65 |
| 64 - Walnut Creek, CA | 0.00 | 0.00 | 0.00 | 0.00 | 398.90 | 398.90 |
| 70-Manchester, VT | 0.00 | 295.00 | 0.00 | 0.00 | 0.00 | 295.00 |
| 76 - North Brook, IL | 0.00 | 0.00 | 0.00 | 0.00 | 265.00 | 265.00 |
| 77 - Chicago, IL | 0.00 | 0.00 | 0.00 | 0.00 | 195.00 | 195.00 |
| Total Betsey Johnson Corp. | 2,082.45 | 1,367.10 | 985.05 | 0.00 | 1,675.90 | 6,110.50 |
| Betsey Johnson Corp.-NJ | | | | | | |
| 35-Short Hills, NJ | 0.00 | 1,905.89 | 0.00 | 0.00 | 0.00 | 1,905.89 |
| Total Betsey Johnson Corp.-NJ | 0.00 | 1,905.89 | 0.00 | 0.00 | 0.00 | 1,905.89 |
| Blinds To Go | | | | | | |
| #303 (MD) | 0.00 | 0.00 | 0.00 | 0.00 | 250.00 | 250.00 |
| Total Blinds To Go | 0.00 | 0.00 | 0.00 | 0.00 | 250.00 | 250.00 |
| Bloomingdales (3rd Ave) | 7,436.16 | 0.00 | 0.00 | 0.00 | 0.00 | 7,436.16 |
| Bloomingdales (504 Broadway) | 0.00 | 979.88 | 0.00 | 0.00 | 0.00 | 979.88 |
| Bloomingdales (The Mall of Short Hills) | 1,656.67 | 0.00 | 0.00 | 0.00 | 0.00 | 1,656.67 |
| Boston Market | | | | | | |
| (60-18 Metropolitan Ave | 0.00 | 0.00 | 100.00 | 0.00 | 0.00 | 100.00 |
| Total Boston Market | 0.00 | 0.00 | 100.00 | 0.00 | 0.00 | 100.00 |
| Boston Market Metropolitan Ave | 100.00 | 108.88 | 0.00 | 0.00 | 0.00 | 208.88 |
| Broadway National Sign & Lighting | | | | | | |
| Dave & Busters | 0.00 | 825.00 | 0.00 | 0.00 | 0.00 | 825.00 |
| Foot Locker #7063 | 1,391.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,391.00 |
| Game stop 2790 # | 0.00 | 289.00 | 0.00 | 0.00 | 0.00 | 289.00 |
| Quicksilver #826 | 0.00 | 299.00 | 0.00 | 0.00 | 0.00 | 299.00 |
| Target #1544 | 0.00 | 627.00 | 0.00 | 0.00 | 0.00 | 627.00 |
| Toys R Us | 168.50 | 0.00 | 0.00 | 0.00 | 0.00 | 168.50 |
| Total Broadway National Sign & Lighting | 1,559.50 | 2,040.00 | 0.00 | 0.00 | 0.00 | 3,599.50 |
| Bugajewski | 0.00 | 0.00 | 1,088.00 | 0.00 | 0.00 | 1,088.00 |

# Nationwide Maintenance & General Contracting Inc.
## A/R Aging Summary
### As of September 25, 2009

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| **C.V.S CORPORATE** | | | | | | |
| 0738 | 0.00 | 681.33 | 0.00 | 0.00 | 0.00 | 681.33 |
| 0918 | 0.00 | 156.63 | 0.00 | 0.00 | 0.00 | 156.63 |
| 1030 | 0.00 | 921.50 | 0.00 | 0.00 | 0.00 | 921.50 |
| 1051 | 0.00 | 274.28 | 0.00 | 0.00 | 0.00 | 274.28 |
| 106 | 0.00 | 342.65 | 0.00 | 0.00 | 0.00 | 342.65 |
| 1134 | 0.00 | 672.17 | 0.00 | 0.00 | 0.00 | 672.17 |
| 1139 | 0.00 | 10,467.36 | 0.00 | 0.00 | 0.00 | 10,467.36 |
| 1153 | 0.00 | 315.10 | 0.00 | 0.00 | 0.00 | 315.10 |
| 1154 | 0.00 | 626.20 | 0.00 | 0.00 | 0.00 | 626.20 |
| 1233 | 0.00 | 101.74 | 0.00 | 0.00 | 0.00 | 101.74 |
| 1770 | 0.00 | 891.08 | 0.00 | 0.00 | 0.00 | 891.08 |
| 1959 | 0.00 | 271.37 | 0.00 | 0.00 | 0.00 | 271.37 |
| 1997 | 0.00 | 221.65 | 0.00 | 0.00 | 0.00 | 221.65 |
| 2080 | 0.00 | 503.16 | 0.00 | 0.00 | 0.00 | 503.16 |
| 2205 | 0.00 | 530.34 | 0.00 | 0.00 | 0.00 | 530.34 |
| 223 | 0.00 | 171.52 | 0.00 | 0.00 | 0.00 | 171.52 |
| 2312 | 0.00 | 181.85 | 0.00 | 0.00 | 0.00 | 181.85 |
| 2432 | 0.00 | 131.97 | 0.00 | 0.00 | 0.00 | 131.97 |
| 2572 | 0.00 | 1,082.01 | 0.00 | 0.00 | 0.00 | 1,082.01 |
| 2578 | 0.00 | 101.74 | 0.00 | 0.00 | 0.00 | 101.74 |
| 2579 | 0.00 | 259.58 | 0.00 | 0.00 | 0.00 | 259.58 |
| 3148 | 0.00 | 138.62 | 0.00 | 0.00 | 0.00 | 138.62 |
| 366 | 0.00 | 246.60 | 0.00 | 0.00 | 0.00 | 246.60 |
| 4609 | 0.00 | 278.67 | 0.00 | 0.00 | 0.00 | 278.67 |
| 4745 | 0.00 | 503.50 | 0.00 | 0.00 | 0.00 | 503.50 |
| 5048 | 0.00 | 107.17 | 0.00 | 0.00 | 0.00 | 107.17 |
| 512 | 0.00 | 328.23 | 0.00 | 0.00 | 0.00 | 328.23 |
| 522 | 0.00 | 146.20 | 0.00 | 0.00 | 0.00 | 146.20 |
| 530 | 0.00 | 356.45 | 0.00 | 0.00 | 0.00 | 356.45 |
| 531 | 0.00 | 184.88 | 0.00 | 0.00 | 0.00 | 184.88 |
| 534 | 0.00 | 134.93 | 0.00 | 0.00 | 0.00 | 134.93 |
| 616 | 0.00 | 123.08 | 0.00 | 0.00 | 0.00 | 123.08 |
| 623 | 0.00 | 559.40 | 0.00 | 0.00 | 0.00 | 559.40 |
| 630 | 0.00 | 133.68 | 0.00 | 0.00 | 0.00 | 133.68 |
| 742 | 0.00 | 8,906.30 | 0.00 | 0.00 | 0.00 | 8,906.30 |
| **Total C.V.S CORPORATE** | 0.00 | 31,052.94 | 0.00 | 0.00 | 0.00 | 31,052.94 |
| **Cafe Grazie** | 0.00 | 217.75 | 0.00 | 0.00 | 0.00 | 217.75 |
| **California Pizza** | | | | | | |
| 365 Central Ave, Scarsdale, | 0.00 | 193.28 | 0.00 | 0.00 | 0.00 | 193.28 |
| California Pizza - Lake Grove | 0.00 | 0.00 | 1,207.97 | 0.00 | 0.00 | 1,207.97 |
| **Total California Pizza** | 0.00 | 193.28 | 1,207.97 | 0.00 | 0.00 | 1,401.25 |
| California Pizza-Glendale | 201.42 | 201.42 | 0.00 | 0.00 | 0.00 | 402.84 |
| California pizza Huntington | 211.82 | 211.82 | 0.00 | 0.00 | 0.00 | 423.64 |
| Campognola | 0.00 | 0.00 | 146.98 | 0.00 | 0.00 | 146.98 |

# Nationwide Maintenance & General Contracting Inc.
## A/R Aging Summary
### As of September 25, 2009

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| Capital One Bank | | | | | | |
| 15 Lake Ridge Plaza-rte 303 | 1,743.80 | 0.00 | 0.00 | 0.00 | 0.00 | 1,743.80 |
| 301 Washington St | 0.00 | 0.00 | 0.00 | 0.00 | 1,600.00 | 1,600.00 |
| Capital One Bank - 165 Ocean Ave | 2,101.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,101.00 |
| Capital One Bank - Jersey City | 0.00 | 0.00 | 0.00 | 5,050.00 | 234.00 | 5,284.00 |
| **Total Capital One Bank** | 3,844.80 | 0.00 | 0.00 | 5,050.00 | 1,834.00 | 10,728.80 |
| Carolina Herrera | 0.00 | 653.25 | 0.00 | 0.00 | 0.00 | 653.25 |
| CATINA SHOES | 0.00 | 174.20 | 0.00 | 0.00 | 0.00 | 174.20 |
| Cedar Shopping Center | | | | | | |
| Cedar Shopping Center | 1,150.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,150.00 |
| **Total Cedar Shopping Center** | 1,150.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,150.00 |
| Chevy's | 272.19 | 0.00 | 0.00 | 0.00 | 0.00 | 272.19 |
| Chopard | 424.61 | 0.00 | 0.00 | 0.00 | 0.00 | 424.61 |
| Christina's | 103.43 | 0.00 | 102.96 | 0.00 | 0.00 | 309.82 |
| CitiBabes - Scarsdale | 0.00 | 2,876.47 | 0.00 | 0.00 | 0.00 | 2,876.47 |
| city School District of New Rochelle | | | | | | |
| New Rochelle High School | 0.00 | 630.00 | 0.00 | 0.00 | 0.00 | 630.00 |
| Ward Elementary School | 176.25 | 0.00 | 0.00 | 0.00 | 0.00 | 176.25 |
| **Total city School District of New Rochelle** | 176.25 | 630.00 | 0.00 | 0.00 | 0.00 | 806.25 |
| Costco- Westury LI | 13,663.94 | 0.00 | 0.00 | 0.00 | 0.00 | 13,663.94 |
| Costco - New Rochelle | 5,135.90 | 0.00 | 0.00 | 0.00 | 0.00 | 5,135.90 |
| Costco - Yonkers | 6,118.31 | 0.00 | 0.00 | 0.00 | 0.00 | 6,118.31 |
| d 'agostino's | | | | | | |
| 411 King St | 0.00 | 535.00 | 0.00 | 0.00 | 0.00 | 535.00 |
| 528 Third Ave | 0.00 | 541.88 | 0.00 | 0.00 | 0.00 | 541.88 |
| 578 Third Ave | 0.00 | 0.00 | 0.00 | 541.88 | 0.00 | 541.88 |
| 633 Columbus Ave | 0.00 | 0.00 | 541.88 | 0.00 | 0.00 | 541.88 |
| 64 University Place | 0.00 | 541.88 | 0.00 | 0.00 | 0.00 | 541.88 |
| 790 Greenwich St | 70.77 | 0.00 | 0.00 | 0.00 | 0.00 | 70.77 |
| Route 121 & 35 | 0.00 | 535.00 | 0.00 | 0.00 | 0.00 | 535.00 |
| **Total d 'agostino's** | 70.77 | 2,153.76 | 541.88 | 541.88 | 0.00 | 3,308.29 |
| Dr. Greco's Office | 0.00 | 234.08 | 0.00 | 0.00 | 0.00 | 234.08 |
| Dress Barn | | | | | | |
| 0200 (1180 Ave of the Americas) | 653.25 | 0.00 | 0.00 | 0.00 | 0.00 | 653.25 |
| 1451 Metropolitan Ave | 435.50 | 0.00 | 0.00 | 0.00 | 0.00 | 435.50 |
| **Total Dress Barn** | 1,088.75 | 0.00 | 0.00 | 0.00 | 0.00 | 1,088.75 |

# Nationwide Maintenance & General Contracting Inc.
## A/R Aging Summary
### As of September 25, 2009

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| **Duane Reade** | | | | | | |
| 123 (358 5th Avenue) | 2,127.15 | 0.00 | 0.00 | 0.00 | 0.00 | 2,127.15 |
| 150 ( 941 Southern Blvd) | 381.06 | 0.00 | 0.00 | 0.00 | 0.00 | 381.06 |
| 169 (155 East 34th Street) | 0.00 | 0.00 | 0.00 | 0.00 | 1,734.00 | 1,734.00 |
| 246 (777 6th Ave, NYC) | 1,796.44 | 898.22 | 894.09 | 894.09 | 894.09 | 5,376.93 |
| 297 (900 8th Ave) | 1,083.31 | 1,083.31 | 0.00 | 0.00 | 1,078.33 | 3,244.95 |
| 351 (1749 1st Avenue) | 1,693.01 | 0.00 | 0.00 | 0.00 | 0.00 | 1,693.01 |
| 524 (1627 Broadway) | 0.00 | 0.00 | 0.00 | 0.00 | 1,769.76 | 1,769.76 |
| **Total Duane Reade** | 7,080.97 | 1,981.53 | 894.09 | 894.09 | 5,476.18 | 16,326.86 |
| **Dunkin Donuts(2083 Lexington)** | 0.00 | 0.00 | 0.00 | 0.00 | 433.50 | 433.50 |
| **Emcon** | | | | | | |
| Citi Financial | 125.50 | 0.00 | 0.00 | 0.00 | 0.00 | 125.50 |
| **Total Emcon** | 125.50 | 0.00 | 0.00 | 0.00 | 0.00 | 125.50 |
| **Ethan Allen** | | | | | | |
| 750 Stewart Ave | 271.56 | 0.00 | 0.00 | 0.00 | 0.00 | 271.56 |
| **Total Ethan Allen** | 271.56 | 0.00 | 0.00 | 0.00 | 0.00 | 271.56 |
| **Facilities Knowledge Center** | | | | | | |
| AT&T (Idaho) | 0.00 | 0.00 | 0.00 | 0.00 | 325.00 | 325.00 |
| AT&T (Stamford) | 0.00 | 0.00 | 0.00 | 0.00 | 400.00 | 400.00 |
| Kaplin Institute | 0.00 | 0.00 | 0.00 | 0.00 | 192.00 | 192.00 |
| **Total Facilities Knowledge Center** | 0.00 | 0.00 | 0.00 | 0.00 | 917.00 | 917.00 |
| **Facility Source** | | | | | | |
| Shopko # 39 | 0.00 | 246.50 | 0.00 | 0.00 | 0.00 | 246.50 |
| **Total Facility Source** | 0.00 | 246.50 | 0.00 | 0.00 | 0.00 | 246.50 |
| **First Choice Facilities** | | | | | | |
| Applebee's - Bartow Ave | 0.00 | 0.00 | 0.00 | 0.00 | 182.00 | 182.00 |
| **Total First Choice Facilities** | 0.00 | 0.00 | 0.00 | 0.00 | 182.00 | 182.00 |
| **First Quality Maintenance** | | | | | | |
| Revlon Building | 2,400.00 | 1,200.00 | 1,200.00 | 0.00 | 0.00 | 4,800.00 |
| **Total First Quality Maintenance** | 2,400.00 | 1,200.00 | 1,200.00 | 0.00 | 0.00 | 4,800.00 |
| Five Guys Burgers | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 136.09 |
| FKC USPS Dobbs Ferry | 0.00 | 136.09 | 0.00 | 0.00 | 0.00 | 136.09 |
| Fluffy's Cate | 0.00 | 0.00 | 402.50 | 0.00 | 0.00 | 402.50 |
| French Roast (78 West 11th Street) | 163.31 | 0.00 | 0.00 | 357.64 | 0.00 | 357.64 |
| French Sole | 0.00 | 0.00 | 0.00 | 81.28 | 0.00 | 163.31 |
| **Fresh (57 Spring St)** | | | | | | |
| Fresh Bleecker Street | 0.00 | 0.00 | 0.00 | 135.47 | 0.00 | 135.47 |
| **Total Fresh (57 Spring St)** | 0.00 | 0.00 | 0.00 | 135.47 | 0.00 | 135.47 |
| Fridays | 0.00 | 248.69 | 0.00 | 0.00 | 0.00 | 248.69 |

# Nationwide Maintenance & General Contracting Inc.
## A/R Aging Summary
### As of September 25, 2009

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| Garden of Eden | | | | | | |
| 2780 Broadway | 0.00 | 0.00 | 270.94 | 0.00 | 0.00 | 270.94 |
| Total Garden of Eden | 0.00 | 0.00 | 270.94 | 0.00 | 0.00 | 270.94 |
| Godiva Chocolate | | | | | | |
| 1460 Broadway | 783.90 | 0.00 | 0.00 | 0.00 | 0.00 | 783.90 |
| 200 Park Ave (# 221) | 593.37 | 0.00 | 0.00 | 0.00 | 0.00 | 593.37 |
| 52 W. 50th St | 783.90 | 0.00 | 0.00 | 0.00 | 0.00 | 783.90 |
| 560 Lexington Ave | 783.90 | 0.00 | 0.00 | 0.00 | 0.00 | 783.90 |
| 745 7th Ave | 1,059.36 | 0.00 | 0.00 | 0.00 | 0.00 | 1,059.36 |
| 793 Madison Ave | 838.34 | 0.00 | 0.00 | 0.00 | 0.00 | 838.34 |
| Godiva Chocolate - Other | 1,219.42 | 435.52 | 0.00 | 0.00 | 0.00 | 1,654.94 |
| Total Godiva Chocolate | 6,062.19 | 435.52 | 0.00 | 0.00 | 0.00 | 6,497.71 |
| Gourmet Garage Main | | | | | | |
| 117 7th Ave | 435.50 | 0.00 | 0.00 | 0.00 | 0.00 | 435.50 |
| 2567 Broadway | 0.00 | 0.00 | 0.00 | 0.00 | 243.84 | 243.84 |
| Total Gourmet Garage Main | 435.50 | 0.00 | 0.00 | 0.00 | 243.84 | 679.34 |
| Hanma Cher- Schlemmer | 0.00 | 380.19 | 0.00 | 0.00 | 0.00 | 380.19 |
| Hotel Whales | 0.00 | 272.19 | 0.00 | 0.00 | 0.00 | 272.19 |
| I.A.H.D Main | | | | | | |
| 1680 Southern Blvd | 475.00 | 0.00 | 0.00 | 0.00 | 0.00 | 475.00 |
| Total I.A.H.D Main | 475.00 | 0.00 | 0.00 | 0.00 | 0.00 | 475.00 |
| Jennifer's Day Spa | 0.00 | 0.00 | 0.00 | 151.73 | 0.00 | 151.73 |
| Key Food (1511 Metropolitan Avenue) | 0.00 | 0.00 | 0.00 | 216.75 | 0.00 | 216.75 |
| L ' Express Cafe | 244.97 | 0.00 | 0.00 | 0.00 | 0.00 | 244.97 |
| Lasting Impressions | 0.00 | 363.06 | 0.00 | 0.00 | 0.00 | 363.06 |
| Le Monde | 0.00 | 381.06 | 0.00 | 0.00 | 0.00 | 381.06 |
| Legal Seafoods | 188.78 | 0.00 | 0.00 | 0.00 | 0.00 | 188.78 |
| Lemarc's Hallmark | 198.15 | 0.00 | 0.00 | 0.00 | 0.00 | 198.15 |
| Manhattan College | 250.00 | 0.00 | 0.00 | 0.00 | 0.00 | 250.00 |
| Manna's Deli | 0.00 | 0.00 | 0.00 | 0.00 | 568.97 | 568.97 |
| Marmaxx Group | | | | | | |
| T J Max # 133 | 163.31 | 0.00 | 162.56 | 162.56 | 325.12 | 813.55 |
| Marmaxx Group - Other | 0.00 | 163.31 | 0.00 | 0.00 | 162.56 | 325.87 |
| Total Marmaxx Group | 163.31 | 163.31 | 162.56 | 162.56 | 487.68 | 1,139.42 |
| Martin Brothers | 217.75 | 0.00 | 0.00 | 0.00 | 0.00 | 217.75 |
| Monpetit Cafe | 0.00 | 0.00 | -135.47 | 0.00 | 0.00 | -135.47 |

# Nationwide Maintenance & General Contracting Inc.
## A/R Aging Summary
### As of September 25, 2009

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| **Montefiore Medical Center** | | | | | | |
| 1200 Waters Place | 0.00 | 0.00 | 0.00 | 0.00 | 3,212.00 | 3,212.00 |
| 141 S Central Avenue | 0.00 | 0.00 | 0.00 | 0.00 | 441.00 | 441.00 |
| 4234 Bronx Blvd | 0.00 | 0.00 | 0.00 | 0.00 | 1,480.00 | 1,480.00 |
| 4401 Bronx Blvd | 0.00 | 0.00 | 0.00 | 0.00 | 390.00 | 390.00 |
| 941 Burke Ave, Bronx, NY | 0.00 | 0.00 | 0.00 | 0.00 | 255.00 | 255.00 |
| Montefiore-440 White Plains Road | 0.00 | 0.00 | 0.00 | 0.00 | 155.00 | 155.00 |
| Montefiore -Westchester Sq | 0.00 | 0.00 | 0.00 | 0.00 | 495.00 | 495.00 |
| Montefiore -White Plains | 0.00 | 0.00 | 0.00 | 0.00 | 315.00 | 315.00 |
| Montefiore Medical Center - Other | 0.00 | 0.00 | 0.00 | 0.00 | -2,610.20 | -2,610.20 |
| **Total Montefiore Medical Center** | 0.00 | 0.00 | 0.00 | 0.00 | 4,132.80 | 4,132.80 |
| Mt. Kisco Wines and Spirits | 0.00 | 1,018.22 | 0.00 | 0.00 | 0.00 | 1,018.22 |
| Mustang Grill | 0.00 | 314.29 | 0.00 | 0.00 | 0.00 | 314.29 |
| National Heritage Academies | 12,777.50 | 0.00 | 0.00 | 0.00 | 574.00 | 13,351.50 |
| **National Maintenance- Destination** | | | | | | |
| New York & Company | 0.00 | 0.00 | 0.00 | 0.00 | 322.42 | 322.42 |
| **Total National Maintenance- Destination** | 0.00 | 0.00 | 0.00 | 0.00 | 322.42 | 322.42 |
| **National Services Inc -** | | | | | | |
| Brookstone | 0.00 | 250.00 | 0.00 | 0.00 | 0.00 | 250.00 |
| **Total National Services Inc .** | 0.00 | 250.00 | 0.00 | 0.00 | 0.00 | 250.00 |
| **New York Public Library** | | | | | | |
| 1385 E. Gun Hill Road | 0.00 | 0.00 | 75.00 | 0.00 | 0.00 | 75.00 |
| 155 E. 173nd St | 0.00 | 125.00 | 0.00 | 0.00 | 0.00 | 125.00 |
| 2740 Barnes Ave | 0.00 | 125.00 | 0.00 | 0.00 | 0.00 | 125.00 |
| 610 E. 169th Street | 8,428.80 | 3,387.00 | 0.00 | 0.00 | 0.00 | 11,815.80 |
| 75 Bennett St | 500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 500.00 |
| Annex- 530 west 44th Street | 0.00 | 0.00 | 75.00 | 0.00 | 0.00 | 75.00 |
| New York Public Library Clason's Point | 0.00 | 425.00 | 0.00 | 0.00 | 0.00 | 425.00 |
| NY Public Library Aguilar Branch | 0.00 | 0.00 | 75.00 | 0.00 | 0.00 | 75.00 |
| NY Public Library Edenwald | 0.00 | 1,017.00 | 0.00 | 0.00 | 0.00 | 1,017.00 |
| NYPL- Inwood Branch | 0.00 | 182.00 | 0.00 | 0.00 | 0.00 | 182.00 |
| Van Nest Branch - 2147 Barnes Ave. | 0.00 | 125.00 | 0.00 | 0.00 | 0.00 | 125.00 |
| Westchester Square | 0.00 | 75.00 | 0.00 | 0.00 | 0.00 | 75.00 |
| New York Public Library - Other | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| **Total New York Public Library** | 8,928.80 | 5,586.00 | 225.00 | 0.00 | 0.00 | 14,739.80 |
| **New York Public Library Main** | | | | | | |
| New York Public Library Staten Island | 0.00 | 0.00 | 2,468.20 | 0.00 | 0.00 | 2,468.20 |
| **Total New York Public Library Main** | 0.00 | 0.00 | 2,468.20 | 0.00 | 0.00 | 2,468.20 |

# Nationwide Maintenance & General Contracting Inc.
## A/R Aging Summary
### As of September 25, 2009

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| New York Theater Workshop | 0.00 | 5,583.20 | 0.00 | 0.00 | 0.00 | 5,583.20 |
| Olive Garden - Brooklyn | 0.00 | 0.00 | 0.00 | -758.63 | 0.00 | -758.63 |
| Olive Garden (Secaucus) | 1,033.50 | 1,033.50 | 0.00 | 0.00 | 0.00 | 2,067.00 |
| Olive Garden (Springfield, NJ) | 1,272.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,272.00 |
| Parasuco Store | 1,306.50 | 0.00 | 0.00 | 0.00 | 0.00 | 1,306.50 |
| Parker East Dry Goods | 0.00 | 119.76 | 0.00 | 0.00 | 0.00 | 119.76 |
| Patisserie | 0.00 | 0.00 | 0.00 | 0.00 | 325.12 | 325.12 |
| Rite aid | | | | | | |
| 0198 - CT | 0.00 | 329.13 | 0.00 | 0.00 | 0.00 | 329.13 |
| 0424 - BRONX | 0.00 | 411.00 | 0.00 | 0.00 | 0.00 | 411.00 |
| 0572 - QUEENS | 0.00 | 359.34 | 0.00 | 0.00 | 0.00 | 359.34 |
| 10375 - CT | 0.00 | 347.86 | 0.00 | 0.00 | 0.00 | 347.86 |
| 10388 - CT | 0.00 | 267.29 | 0.00 | 0.00 | 0.00 | 267.29 |
| 10391 - CT | 0.00 | 0.00 | 0.00 | 0.00 | -277.21 | -277.21 |
| 10541 - BRONX | 0.00 | 375.62 | 0.00 | 0.00 | 0.00 | 375.62 |
| 1645 - BRONX | 0.00 | 217.30 | 0.00 | 0.00 | 0.00 | 217.30 |
| 1665 - BRONX | 0.00 | 4,376.78 | 0.00 | 0.00 | 0.00 | 4,376.78 |
| 1711 - NYC | 0.00 | 379.97 | 0.00 | 0.00 | 0.00 | 379.97 |
| 1799 - BKLYN | 0.00 | 337.51 | 0.00 | 0.00 | 0.00 | 337.51 |
| 1882 - CT | 0.00 | 500.70 | 0.00 | 0.00 | 0.00 | 500.70 |
| 1957 - BRONX | 0.00 | 898.71 | 0.00 | 0.00 | 0.00 | 898.71 |
| 2703 - NYC | 0.00 | 137.73 | 0.00 | 0.00 | 0.00 | 137.73 |
| 2771 - QUEENS | 0.00 | 466.64 | 0.00 | 0.00 | 0.00 | 466.64 |
| 3429 - BRONX | 0.00 | 1,255.88 | 0.00 | 0.00 | 0.00 | 1,255.88 |
| 3774 - BRONX | 0.00 | 5,149.79 | 0.00 | 0.00 | 0.00 | 5,149.79 |
| 3812 - BRONX | 0.00 | 348.94 | 0.00 | 0.00 | 0.00 | 348.94 |
| 3815 - BRONX | 0.00 | 583.30 | 0.00 | 0.00 | 0.00 | 583.30 |
| 3817 - BRONX | 0.00 | 2,725.69 | 0.00 | 0.00 | 0.00 | 2,725.69 |
| 3869 - BKLYN | 0.00 | 250.41 | 0.00 | 0.00 | 0.00 | 250.41 |
| 3888 - BKLYN | 0.00 | 751.24 | 0.00 | 0.00 | 0.00 | 751.24 |
| 4185 - NYC | 0.00 | 327.71 | 0.00 | 0.00 | 0.00 | 327.71 |
| 4258 - BRONX | 0.00 | 627.12 | 0.00 | 0.00 | 0.00 | 627.12 |
| 4294 - BRONX | 0.00 | 1,773.58 | 0.00 | 0.00 | 0.00 | 1,773.58 |
| 4690 - BKLYN | 0.00 | 350.03 | 0.00 | 0.00 | 0.00 | 350.03 |
| 4790 - BRONX | 0.00 | 192.71 | 0.00 | 0.00 | 0.00 | 192.71 |
| 4824 - BRONX | 0.00 | 129.02 | 0.00 | 0.00 | 0.00 | 129.02 |
| 4887 - NYC | 0.00 | 471.43 | 0.00 | 0.00 | 0.00 | 471.43 |
| 4995 - CT | 0.00 | 9,771.88 | 0.00 | 0.00 | 0.00 | 9,771.88 |
| 7848 - BRONX | 0.00 | 347.31 | 0.00 | 0.00 | 0.00 | 347.31 |
| 7909 - Bronx | 0.00 | 245.51 | 0.00 | 0.00 | 0.00 | 245.51 |
| Total Rite aid | 0.00 | 34,707.13 | 0.00 | 0.00 | -277.21 | 34,429.92 |
| Sarabeth's | | | | | | |
| 1295 Madison Avenue | 108.88 | 0.00 | 0.00 | 0.00 | 0.00 | 108.88 |
| 423 Amsterdam Avenue | 130.65 | 0.00 | 0.00 | 0.00 | 0.00 | 130.65 |
| Total Sarabeth's | 239.53 | 0.00 | 0.00 | 0.00 | 0.00 | 239.53 |
| Seaboard Corporate Park | 0.00 | 653.25 | 0.00 | 0.00 | 0.00 | 653.25 |

# Nationwide Maintenance & General Contracting Inc.
## A/R Aging Summary
### As of September 25, 2009

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| Silverite Construction Company | | | | | | |
|   New Town Creek WPCP | 3,849.93 | 5,070.18 | 0.00 | 724.33 | 0.00 | 9,644.44 |
| Total Silverite Construction Company | 3,849.93 | 5,070.18 | 0.00 | 724.33 | 0.00 | 9,644.44 |
| Sleepy's | | | | | | |
|   409 Arena Hub Plaza | 0.00 | 0.00 | 0.00 | 135.47 | 0.00 | 135.47 |
|   Royal Square Shopping Center | 0.00 | 250.00 | 0.00 | 0.00 | 0.00 | 250.00 |
| Total Sleepy's | 0.00 | 250.00 | 0.00 | 135.47 | 0.00 | 385.47 |
| Stalco Construction Co. | | | | | | |
|   Eramus Hall High School | 0.00 | 2,666.75 | 1,171.40 | 0.00 | 558.20 | 4,396.35 |
|   I.S. 201 | 0.00 | 13,571.50 | 10,171.00 | 0.00 | 2,064.46 | 25,806.96 |
| Total Stalco Construction Co. | 0.00 | 16,238.25 | 11,342.40 | 0.00 | 2,622.66 | 30,203.31 |
| Storage Deluxe | | | | | | |
|   Storage Deluxe- Shelton CT | 844.82 | 0.00 | 0.00 | 0.00 | 0.00 | 844.82 |
|   Storage Deluxe - Wilton, CT | 1,568.96 | 0.00 | 0.00 | 0.00 | 0.00 | 1,568.96 |
| Total Storage Deluxe | 2,413.78 | 0.00 | 0.00 | 0.00 | 0.00 | 2,413.78 |
| Strauss Discount Auto | | | | | | |
|   1190 Castle Hill Avenue | 0.00 | 2,199.50 | 0.00 | 0.00 | 0.00 | 2,199.50 |
| Total Strauss Discount Auto | 0.00 | 2,199.50 | 0.00 | 0.00 | 0.00 | 2,199.50 |
| Syms | | | | | | |
|   Syms -westchester | 0.00 | 0.00 | 966.38 | 0.00 | 0.00 | 966.38 |
| Total Syms | 0.00 | 0.00 | 966.38 | 0.00 | 0.00 | 966.38 |
| Team CIS/Capital Improvements | | | | | | |
|   100 Greyrock Pl - Pandora | 750.00 | 0.00 | 0.00 | 0.00 | 0.00 | 750.00 |
| Total Team CIS/Capital Improvements | 750.00 | 0.00 | 0.00 | 0.00 | 0.00 | 750.00 |
| The Stumble Inn | 217.75 | 0.00 | 0.00 | 0.00 | 0.00 | 217.75 |
| The ups store-First Ave | 0.00 | 0.00 | 162.56 | 0.00 | 0.00 | 162.56 |
| Top Shop/Arcadia Group Ltd. | | | | | | |
|   Top Shop | 0.00 | 4,409.44 | 8,429.24 | 11,920.08 | 0.00 | 24,758.76 |
|   Top Shop/Arcadia Group Ltd. - Other | 0.00 | 4,794.86 | 0.00 | 0.00 | 0.00 | 4,794.86 |
| Total Top Shop/Arcadia Group Ltd. | 0.00 | 9,204.30 | 8,429.24 | 11,920.08 | 0.00 | 29,553.62 |
| Total Facility | | | | | | |
|   American Eagle #249 | 0.00 | 0.00 | 172.00 | 0.00 | 0.00 | 172.00 |
|   Blue Mercury #13 | 0.00 | 0.00 | 195.00 | 0.00 | 0.00 | 195.00 |
| Total Total Facility | 0.00 | 0.00 | 367.00 | 0.00 | 0.00 | 367.00 |
| Trata Restaurant | 0.00 | 492.16 | 0.00 | 0.00 | 0.00 | 492.16 |
| U.S. MAINTENANCE | | | | | | |
|   LA -Z- Boy #035 | 0.00 | 575.00 | 0.00 | 0.00 | 0.00 | 575.00 |
| Total U.S. MAINTENANCE | 0.00 | 575.00 | 0.00 | 0.00 | 0.00 | 575.00 |

## Nationwide Maintenance & General Contracting Inc.
### A/R Aging Summary
As of September 25, 2009

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| Vidal Sasson | 108.88 | 108.88 | 0.00 | 0.00 | 0.00 | 217.76 |
| Village of Port Chester | 0.00 | 2,325.00 | 0.00 | 0.00 | 0.00 | 2,325.00 |
| Volunteers of America - 1381 E. NY | 0.00 | 815.00 | 0.00 | 0.00 | 0.00 | 815.00 |
| West side Family Pharmacy | 0.00 | 0.00 | 0.00 | 0.00 | 162.56 | 162.56 |
| Woody's | 0.00 | 1,179.14 | 0.00 | 0.00 | 0.00 | 1,179.14 |
| Zanaro's Italian Restaurant | 0.00 | 0.00 | 2,696.88 | 0.00 | 0.00 | 2,696.88 |
| TOTAL | 115,115.88 | 151,089.08 | 42,098.45 | 22,724.65 | 22,543.23 | 353,571.29 |