# EXHIBIT B

# Nationwide Office Inventory

| Manufacturer | Description | Color | Quantity | Estimated Value |
|---|---|---|---|---|
| Dell | Flat Screen Computer monit | Black | 12 | $ 100.00 |
| Dell | Keyboard | Black | 10 | $ 12.00 |
| Dell | Tower | Black | 11 | $ 125.00 |
| Microsoft | Mouse | Black | 1 | $ 9.00 |
| Dell | Mouse | Black | 6 | $ 9.00 |
| Hewlett Packard | Flat Screen Computer monit | Black | 1 | $ 120.00 |
| Avaya | Phone | Black | 10 | $ 20.00 |
| Lucent | Phone | Gray | 1 | $ 18.00 |
| Sharp | Adding Machine | White | 2 | $ 12.00 |
| Logitech | Mouse | Black | 3 | $ 9.00 |
| Philips | Flat Screen Computer monit | Gray | 1 | $ 115.00 |
| Neat | Scanner | White | 1 | $ 30.00 |
| Dell | Printer | Black | 2 | $ 45.00 |
| Envision | Flat Screen Computer monit | Gray | 2 | $ 80.00 |
| Logitech | Keyboard | Black | 2 | $ 12.00 |
| Microsoft | Wireless Keyboard | Black | 1 | $ 15.00 |
| Brother | Typewriter | Gray | 1 | $ 30.00 |
| Canon | Printer/Copier (Marcie) | White | 1 | $ 65.00 |
| Canon | Printer/Fax/Scanner/Copie | Off White | 1 | $ 800.00 |
| Cyber Power | Battery Back up | Black | 1 | $ 19.00 |
| Belkin | Battery Back up | Black | 1 | $ 19.00 |
| Link | Link Station | White | 1 | $ 25.00 |
| Linksys | Router | Black | 1 | $ 25.00 |
| Westell | Modem | Black | 1 | $ - |
| Brother | Printer/Fax/Scanner/Copie | Gray | 2 | $ 44.00 |
| DCP | Copier/Printer/Scanner | Off White | 1 | $ 40.00 |
| GE | Water Cooler | Silver | 1 | $ 10.00 |
| Staples | Large Filing Cabinet | Off White/Putty | 8 | $ 75.00 |
| Staples | Medium Filing Cabinet | Black | 2 | $ 25.00 |
| Staples | Small Filing Cabinet | Off White/Putty | 4 | $ 22.00 |
| GBC | Heat Sealer | Gray | 1 | $ 20.00 |
| | Desks | Wood/Black | 6 | $ 60.00 |
| | Desks | Wood | 2 | $ 50.00 |
| | Rolling Chairs | Black | 11 | $ 20.00 |
| | Leather Rolling Chair | Mahagony | 1 | $ 35.00 |
| | Leather Stationary Chair | Mahagony | 2 | $ 30.00 |
| | Shredder | Black | 1 | $ 15.00 |