## CERTIFICATE OF PRESIDENT, SOLE DIRECTOR AND MAJORITY STOCKHOLDER OF NATIONWIDE MAINTENANCE AND GENERAL CONTRACTING, INC..

The undersigned certifies as follows:

I am the President of Nationwide Maintenance and General Contracting, Inc. ("Nationwide") and certify to the following on its behalf:

1. In the judgment of the Board of Directors of Nationwide, it is desirable and in its best interest, and in the best interest of its creditors, stockholders and other interested parties, that a petition pursuant to Chapter 11 of the U.S. Bankruptcy Code be filed by Nationwide; that Marcie Manfredonia, the President of Nationwide, is authorized and directed to execute the petition, the schedule of assets and liabilities and all other papers and documents required in the Chapter 11 case, and to take all steps necessary with respect to filing of the Chapter 11 petition and the maintenance of the Chapter 11 case on behalf of Nationwide in the U.S. Bankruptcy Court for the Southern District of New York, White Plains Division.

2. The employment of Reich Reich & Reich, P.C., 235 Main Street, 4th Floor, White Plains, New York 10601, as attorneys to file the Chapter 11 petition and to represent Nationwide in the Chapter 11 case, is approved.

Dated: White Plains, New York
September 25, 2009

Marcie Manfredonia