UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re Nationwide Maintenance &
  General Contracting, Inc.,        Case No. 09-23781
          Debtor              Reporting Period: April 2010

Tax ID # 13-3987385

CORPORATE MONTHLY OPERATING REPORT

File with the Court and submit a copy to the United States Trustee within 20
days after the end of the month and submit a copy of the report to any official
committee appointed in the case.
(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15
days after the end of the month, as are the reports for Southern District of New York.)

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1(CONT) | X | |
| Copies of bank statements | | X | |
| Cash disbursement Journals | | X | |
| Statement of operations | MOR-2 | X | |
| Balance Sheet | MOR-3 | X | |
| Status of Post-Petition Taxes | MOR-4 | X | |
| Copies of IRS Form 6123 or payment receipt | | N/A | |
| Copies of tax returns filed during reporting period | | N/A | |
| Summary of Unpaid Post-Petition Debts | MOR-4 | X | |
| Listing of Aged Accounts Payable | | X | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | X | |
| Taxes Reconciliation and Aging | MOR-5 | X | |
| Payments to Insiders & Professionals | MOR-6 | X | |
| Post Petition Status of Secured Notes, Leases Payable | MOR-6 | X | |
| Debtor Questionnaire | MOR-7 | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the
documents attached to this report are true and correct to the best of
my knowledge and belief.

_____          5/74/70/0
Marcie Manfredonia, as President                Date
of Nationwide Maintenance &
General Contracting, Inc.
a New York Corporation

In re: Nationwide Maintenance & General Contracting, Inc.   Case No. 09-23781
Reporting Period: 4/10

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be from the debtor's books and not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH-ACTUAL" column must equal the sum of the four bank account columns. Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account. [See MOR-1 (Con't)]

4/10

| Account Number (last 4 digits) | Operating Account | Payroll Account | Tax Account | Other | Current Month Actual (total of all accounts) |
|---|---|---|---|---|---|
| Cash Beginning of Month | | | | | <8282> |
| RECEIPTS | | | | | |
| Cash sales | | | | | |
| Accounts Receivable-Prepetition | | | | | |
| Accounts Receivable – Postpetition | | | | | |
| Loans and Advances | | | | | |
| Sale of Assets | | | | | |
| Other (attach list) | see attached | | | | 193467 |
| Transfers (From DIP accounts) | | | | | |
| DISBURSEMENTS | | | | | |
| Net Payroll | | | | | |
| Payroll taxes | | | | | |
| Sales, use & Other taxes | | | | | |
| Inventory Purchase | | | | | |
| Secured/Rental/Lease | | | | | |
| Insurance | | | | | |
| Administrative | | | | | |
| Selling | | | | | |
| Other (attach list) | see attached | | | | 218020 |
| Transfers (to DIP Accounts) | | | | | |
| Professional fees | | | | | |
| U.S. Trustee Quarterly Fees | | | | | |
| Court Costs | | | | | |
| TOTAL DISBURSEMENTS | | | | | 218020 |
| Net Cash Flow (Receipts Less Disbursements) | | | | | <24553> |
| Cash – End of Month | | | | | <32574> |

In re: Nationwide Maintenance & General Contracting, Inc.   Case No. 09-23781
Reporting Period:

### SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS (CONTINUED)

**THE FOLLOWING SECTION MUST BE COMPLETED**

DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)

| | |
|---|---|
| TOTAL DISBURSEMENTS | |
| LESS: TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | |

Form MOR-1

# Nationwide Maintenance & General Contracting Inc.
## Profit & Loss
### April 2010

|  | Apr 10 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Services | 192,154.56 |
| Uncategorized Income | 1,312.56 |
| **Total Income** | 193,467.12 |
| **Cost of Goods Sold** | |
| Construction Materials Costs | 25,858.79 |
| Equipment Rental for Jobs | -8,603.99 |
| Other Construction Costs | |
| Dumpster | 2,225.00 |
| **Total Other Construction Costs** | 2,225.00 |
| Subcontractors Expense | 10,158.05 |
| **Total COGS** | 29,637.85 |
| **Gross Profit** | 163,829.27 |
| **Expense** | |
| Advertising and Promotion | 943.17 |
| Auto and Truck Expenses | |
| Diesel | 20.00 |
| Gas | 5,560.90 |
| Parking | 337.25 |
| Repair and Maintenance | 3,084.58 |
| Tolls | 691.25 |
| Auto and Truck Expenses - Other | 2,954.12 |
| **Total Auto and Truck Expenses** | 12,648.10 |
| Bad Debt Expense | 151.92 |
| Commission | 480.00 |
| Computer and Internet Expenses | 485.55 |
| Fees and Charges | |
| Bank Service | 113.01 |
| Bankruptcy | 4,875.00 |
| Credit Card Processing | 1,149.49 |
| **Total Fees and Charges** | 6,137.50 |
| Insurance Expense | |
| Auto | 1,146.80 |
| General Liability | 3,782.00 |
| Health Insurance | 450.00 |
| Life and Disability | 620.00 |
| Worker's Compensation | 1,863.61 |
| **Total Insurance Expense** | 7,862.41 |
| Meals and Entertainment | 908.84 |
| Miscellaneous Expense | 588.61 |
| Office | |
| Supplies | 723.19 |
| **Total Office** | 723.19 |
| Officer Loan | 8,200.00 |
| Payroll | |
| Payroll Expenses | 1,100.00 |
| Taxes | 44,165.25 |
| Payroll - Other | 83,015.76 |
| **Total Payroll** | 128,281.01 |
| Petty Cash | 2,220.00 |
| Postage and Delivery | 393.47 |
| Professional Fees | 7,450.00 |

# Nationwide Maintenance & General Contracting Inc.
## Profit & Loss
### April 2010

|  | Apr 10 |
|---|---|
| Rent Expense | 6,400.00 |
| Storage | 253.16 |
| Taxes | 1,379.00 |
| Telephone Expense | 2,663.62 |
| Travel Expense | 16.00 |
| **Total Expense** | 188,185.55 |
| Net Ordinary Income | -24,356.28 |
| Other Income/Expense |  |
| Other Expense |  |
| Sales Tax Paid - Purchases | 196.54 |
| Total Other Expense | 196.54 |
| Net Other Income | -196.54 |
| Net Income | -24,552.82 |

Total Expenses

COS          29637.85

Total Exp   188185.55

Other Exp      196.54

218019.94

In re: Nationwide Maintenance & General Contracting, Inc.   Case No. 09-23781
Reporting Period:

## STATEMENT OF OPERATIONS (INCOME STATEMENT)

The Statement of Operations is to be prepared on an accrual basis.  The accrual basis of
accounting recognizes revenue when it is realized and expenses when they are incurred, regardless
of when cash is actually received or paid.

| REVENUES | MONTH | CUMULATIVE-FILING TO DATE |
|---|---|---|
| Gross Revenues | 4/10 258472- | |
| Less: Returns and Allowances | | |
| Net Revenue | 258472- | |
| COST OF GOODS SOLD | | |
| Beginning Inventory | | |
| Add: Purchases | | |
| Add: Cost of Labor | | |
| Add: Other Costs (attach schedule) | | |
| Less: Ending Inventory | | |
| Cost of Goods Sold | 48305- | |
| Gross Profit | 210167- | |
| OPERATING EXPENSES: | | |
| Advertising | | |
| Auto and Truck Expense | | |
| Bad Debts | | |
| Contributions | | |
| Employee Benefits Program | | |
| Officer/Insider Compensation | | |
| Insurance | | |
| Management Fees/Bonuses | | |
| Office Expense | | |
| Pension & Profit-Sharing Plans | | |
| Repairs and Maintenance | | |
| Rent and Lease Expense | | |
| Salaries/Commissions/Fees | | |
| Supplies | | |
| Taxes - Payroll | | |
| Taxes - Real Estate | | |
| Taxes - Other | | |
| Travel and Entertainment | | |
| Utilities | | |
| Other (attach schedule)   See Attached | 188953- | |
| Total Operating Expenses Before Depreciation | 114- | |
| Depreciation/Depletion/Amortization | | |
| Net Profit (Loss) Before Other Income & Expenses | | |
| OTHER INCOME AND EXPENSES | | |
| Other Income (attach schedule) | | |
| Interest Expense | | |
| Other Expense (attach schedule) | | |
| Net Profit(Loss) Before Reorganization Items | 21100- | |

## STATEMENT OF OPERATIONS (INCOME STATEMENT)
### CONTINUED

| | MONTH | CUMULATIVE – FILING TO DATE |
|---|---|---|
| **REORGANIZATION ITEMS** | | |
| Professional Fees | | |
| U.S. Trustee Quarterly Fees | | |
| Interest Earned on Accumulated Cash from Chapter 11 (see continuation sheet) | | |
| Gain(Loss) from Sale of Equipment | | |
| Other Reorganization Expenses (attach schedule) | | |
| Total Reorganization Expenses | | |
| Income Taxes | | |
| Net Profit(Loss) | | |

BREAKDOWN OF "OTHER" CATEGORY

OTHER COSTS

| | | |
|---|---|---|
| | | |
| | | |
| | | |

OTHER OPERATIONAL EXPENSES

| | | |
|---|---|---|
| | | |
| | | |
| | | |

OTHER INCOME

| | | |
|---|---|---|
| | | |
| | | |
| | | |

OTHER EXPENSES

| | | |
|---|---|---|
| | | |
| | | |
| | | |

OTHER REORGANIZATION EXPENSES

| | | |
|---|---|---|
| | | |
| | | |
| | | |

**Reorganization Items – Interest Earned on Accumulated Cash from Chapter 11:**
Interest earned on cash accumulated during the chapter 11 case, which would not have been earned but for the bankruptcy proceeding, should be reported as a reorganization item.

# Nationwide Maintenance & General Contracting Inc.
## Profit & Loss
### April 2010

|  | Apr 10 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Construction Income | 0.00 |
| Services | 258,471.62 |
| **Total Income** | 258,471.62 |
| **Cost of Goods Sold** | |
| Construction Materials Costs | 26,696.13 |
| Equipment Rental for Jobs | 2,199.36 |
| Other Construction Costs | |
| Dumpster | 2,625.00 |
| **Total Other Construction Costs** | 2,625.00 |
| Subcontractors Expense | 16,784.05 |
| **Total COGS** | 48,304.54 |
| **Gross Profit** | 210,167.08 |
| **Expense** | |
| Advertising and Promotion | 300.00 |
| Auto and Truck Expenses | |
| Diesel | 20.00 |
| Gas | 5,333.35 |
| Parking | 337.25 |
| Repair and Maintenance | 3,084.58 |
| Tolls | 691.25 |
| Auto and Truck Expenses - Other | 2,954.12 |
| **Total Auto and Truck Expenses** | 12,420.55 |
| Bad Debt Expense | 151.92 |
| Commission | 480.00 |
| Computer and Internet Expenses | 63.65 |
| Fees and Charges | |
| Bank Service | 113.01 |
| Bankruptcy | 4,875.00 |
| Credit Card Processing | 1,149.49 |
| **Total Fees and Charges** | 6,137.50 |
| Insurance Expense | |
| Auto | 1,146.80 |
| General Liability | 3,602.19 |
| Health Insurance | 450.00 |
| Life and Disability | 620.00 |
| Worker's Compensation | 1,863.61 |
| **Total Insurance Expense** | 7,682.60 |
| Meals and Entertainment | 908.84 |
| Miscellaneous Expense | 588.61 |
| Office | |
| Supplies | 723.19 |
| **Total Office** | 723.19 |
| Officer Loan | 8,200.00 |
| Payroll | |
| Payroll Expenses | 1,100.00 |
| Taxes | 44,165.25 |
| Payroll - Other | 83,015.76 |
| **Total Payroll** | 128,281.01 |
| Petty Cash | 2,220.00 |
| Postage and Delivery | 393.47 |
| Professional Fees | |
| Accounting | 1,000.00 |
| Professional Fees - Other | 7,450.00 |
| **Total Professional Fees** | 8,450.00 |

# Nationwide Maintenance & General Contracting Inc.
## Profit & Loss
### April 2010

|  | Apr 10 |
|---|---|
| Rent Expense | 6,400.00 |
| Storage | 253.16 |
| Taxes | 1,379.00 |
| Telephone Expense | 3,903.55 |
| Travel Expense | 16.00 |
| **Total Expense** | 188,953.05 |
| Net Ordinary Income | 21,214.03 |
| Other Income/Expense | |
| Other Expense | |
| Sales Tax Paid - Purchases | 114.14 |
| Total Other Expense | 114.14 |
| Net Other Income | -114.14 |
| Net Income | 21,099.89 |

In re: Nationwide Maintenance & General Contracting, Inc.    Case No. 09-23781
Reporting Period:

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only.  Pre-petition liabilities must be classified separately from post-petition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING PERIOD 1/10 | BOOK VALUE AT END OF PRIOR REPORTING MONTH 3/10 | BOOK VALUE ON PETITION DATE OR SCHEDULED |
|---|---|---|---|
| CURRENT ASSETS | | | |
| Unrestricted Cash and Equivalents | < 32574 > | < 8282 > | |
| Restricted Cash and Cash Equivalents (see continuation sheet) | | | |
| Accounts receivable (Net) | 559129 - | 499 981 - | |
| Notes Receivable | | | |
| Inventories | | | |
| Prepaid Expenses | | | |
| DIP Payroll Account | | | |
| Professional retainers | | | |
| Other Current Assets (attach Schedule) Employee Loan | 7100 - | 6400 - | |
| TOTAL CURRENT ASSETS | 533655 | 498099 - | |
| Property & Equipment | 31922 - | 30842 - | |
| Real Property and Improvements | | | |
| Machinery and Equipment | | | |
| Furniture, Fixtures & Office Equipment | | | |
| Leasehold Improvements | | | |
| Vehicles | | | |
| Less: Accumulated Depreciation | | | |
| TOTAL PROPERTY & EQUIPMENT | 31922 - | 30842 - | |
| OTHER ASSETS | | | |
| Amounts due from Insiders | | | |
| Other Assets (attach Schedule) | | | |
| TOTAL OTHER ASSETS | | | |
| TOTAL ASSETS | 565577 - | 528941 - | |

In re: Nationwide Maintenance & General Contracting, Inc.　Case No. 09-23781
Reporting Period:

### BALANCE SHEET (CONTINUED)

| LIABILTIES & OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| | 4/10 | 3/10 | |
| LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition) | | | |
| Accounts Payable | 151895- | 144243- | |
| Taxes Payable (refer to FORM MOR-4) | 56544- | 48652- | |
| Wages Payable | | | |
| Notes Payable | | | |
| Rent/Leases- Building/Equipment | | | |
| Secured Debt/Adequate Protection Payment | | | |
| Professional Fees | | | |
| Amounts Due to Insiders | | | |
| Other Post-petition Liabilities (attach Schedule) | | | |
| | | | |
| TOTAL POST-PETITION LIABILITIES | | | |
| | | | |
| LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition) | | | |
| Secured Debt | | | |
| Priority Debt | | | |
| Unsecured Debt | | | |
| TOTAL PRE-PETITION LIABILITIES | | | |
| | | | |
| TOTAL LIABILITIES | 208439- | 192900- | |
| | | | |
| OWNERS' EQUITY | | | |
| Capital Stock | 1000- | 1000- | |
| Additional Paid-In Capital | | | |
| Partners' Capital Account | | | |
| Owner's Equity Account | | | |
| Retained Earnings - Pre-Petition | | | |
| Retained Earnings - Post-Petition | | | |

In re: Nationwide Maintenance & General Contracting, Inc.   Case No. 09-23781
Reporting Period:

## BALANCE SHEET (CONTINUED)

| LIABILTIES & OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH *4/10* | BOOK VALUE AT END OF PRIOR REPORTING MONTH *3/10* | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| Adjustments to Owner Equity (attach schedule) | | | |
| Post-petition Contributions (attach schedule) | | | |
| NET OWNERS' EQUITY | 1000- | 1000- | |
| TOTAL LIABILITIES AND OWNERS' EQUITY | 565577- | 528941- | |

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| OTHER CURRENT ASSETS | | | |
| | | | |
| | | | |
| | | | |
| OTHER ASSETS | | | |
| | | | |
| | | | |
| | | | |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| Other Post-Petition Liabilities | | | |
| | | | |
| | | | |
| Adjustments to Owner's Equity | | | |
| | | | |
| Post-Petition Contributions | | | |
| | | | |
| | | | |
| | | | |

Restricted Cash: Cash that is restricted for a specific use and not available to fund operations. Typically, restricted cash is segregated into a separate account, such as an escrow account.

# Nationwide Maintenance & General Contracting Inc.
## Balance Sheet
### As of April 30, 2010

|  | Apr 30, 10 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| **CASH** | |
| Chase D.I.P. #6693 Main Acct | -15,111.96 |
| Chase D.I.P. #8822 DDS | 5,491.33 |
| Chase D.I.P.#8624 Payroll | -13,632.50 |
| Chase D.I.P.#8830 Subcontractor | -9,865.01 |
| CASH - Other | 544.38 |
| **Total CASH** | -32,573.76 |
| **Total Checking/Savings** | -32,573.76 |
| **Accounts Receivable** | |
| Accounts Receivable | -11,113.48 |
| **Total Accounts Receivable** | -11,113.48 |
| **Other Current Assets** | |
| Employee Loan | 7,100.00 |
| **Total Other Current Assets** | 7,100.00 |
| **Total Current Assets** | -36,587.24 |
| **Fixed Assets** | |
| **Auto** | |
| Accessories | 585.19 |
| GPS Units | 4,917.20 |
| **Total Auto** | 5,502.39 |
| **Computer** | |
| Software | 15,800.62 |
| Computer - Other | 3,317.75 |
| **Total Computer** | 19,118.37 |
| **Furniture and Equipment** | |
| Security System | 1,425.00 |
| Furniture and Equipment - Other | 2,915.81 |
| **Total Furniture and Equipment** | 4,340.81 |
| **Intangibles** | |
| Wesbite | 2,960.00 |
| **Total Intangibles** | 2,960.00 |
| **Total Fixed Assets** | 31,921.57 |
| **TOTAL ASSETS** | -4,665.67 |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| Accounts Payable | 3,440.81 |
| **Total Accounts Payable** | 3,440.81 |
| **Credit Cards** | |
| Chase DIP Debit #7996 | -30.11 |
| **Total Credit Cards** | -30.11 |
| **Other Current Liabilities** | |
| Sales Tax Payable | 22,192.35 |
| **Total Other Current Liabilities** | 22,192.35 |
| **Total Current Liabilities** | 25,603.05 |
| **Total Liabilities** | 25,603.05 |

# Nationwide Maintenance & General Contracting Inc.
## Balance Sheet
### As of April 30, 2010

|  | Apr 30, 10 |
|---|---|
| **Equity** |  |
| Opening Balance Equity | 13,128.42 |
| Retained Earnings | 25,497.83 |
| Net Income | -68,894.97 |
| **Total Equity** | -30,268.72 |
|  |  |
| **TOTAL LIABILITIES & EQUITY** | -4,665.67 |

# Nationwide Maintenance & General Contracting Inc.
## Balance Sheet
### As of April 30, 2010

|  | Apr 30, 10 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| **CASH** | |
| Chase D.I.P. #6693 Main Acct | 14,489.15 |
| Chase D.I.P. #8822 DDS | 6,069.77 |
| Chase D.I.P. #8624 Payroll | -13,632.50 |
| Chase D.I.P. #8830 Subcontractor | 25,655.95 |
| CASH - Other | 544.38 |
| **Total CASH** | 33,126.75 |
| **Total Checking/Savings** | 33,126.75 |
| **Accounts Receivable** | |
| Accounts Receivable | 547,143.95 |
| **Total Accounts Receivable** | 547,143.95 |
| **Other Current Assets** | |
| Employee Loan | 7,100.00 |
| **Total Other Current Assets** | 7,100.00 |
| **Total Current Assets** | 587,370.70 |
| **Fixed Assets** | |
| **Auto** | |
| Accessories | 585.19 |
| GPS Units | 4,917.20 |
| **Total Auto** | 5,502.39 |
| **Computer** | |
| Software | 15,800.62 |
| Computer - Other | 3,317.75 |
| **Total Computer** | 19,118.37 |
| **Furniture and Equipment** | |
| Security System | 1,425.00 |
| Furniture and Equipment - Other | 2,915.81 |
| **Total Furniture and Equipment** | 4,340.81 |
| **Intangibles** | |
| Wesbite | 2,960.00 |
| **Total Intangibles** | 2,960.00 |
| **Total Fixed Assets** | 31,921.57 |
| **TOTAL ASSETS** | 619,292.27 |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| Accounts Payable | 151,894.79 |
| **Total Accounts Payable** | 151,894.79 |
| **Credit Cards** | |
| Chase DIP Debit #7996 | -30.11 |
| **Total Credit Cards** | -30.11 |
| **Other Current Liabilities** | |
| Sales Tax Payable | 56,542.86 |
| **Total Other Current Liabilities** | 56,542.86 |
| **Total Current Liabilities** | 208,407.54 |
| **Total Liabilities** | 208,407.54 |

*(handwritten annotation):*
old
+ 11985.24 =
559129.19

# Nationwide Maintenance & General Contracting Inc.
## Balance Sheet
### As of April 30, 2010

|  | Apr 30, 10 |
|---|---|
| **Equity** |  |
| Opening Balance Equity | 13,128.42 |
| Retained Earnings | 338,314.04 |
| Net Income | -2,371.74 |
| **Total Equity** | 349,070.72 |
| **TOTAL LIABILITIES & EQUITY** | 557,478.26 |

In re: Nationwide Maintenance & General Contracting, Inc.    Case No. 09-23781
                                    Reporting Period:

STATUS OF POST-PETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the
amount should be zero.
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

| FEDERAL | Beginning Date | Amount Withheld and/or Accrued | Amount Paid | Date Paid | Check # or EFT | Ending Tax |
|---|---|---|---|---|---|---|
| Withholding | | 41584- | 41584- | April | EFT | |
| FICA-Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other: | | | | | | |
| Total Federal Taxes | | | | | | |
| STATE AND LOCAL | | | | | | |
| Withholding | | | | | | |
| Sales | | 2290- | 0 | | | |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other: | | | | | | |
| Total State and Local | | | | | | |
| Total Taxes | | | | | | |

# Nationwide Maintenance & General Contracting Inc.
## Sales Tax Liability
### April 2010

| | Total Sales | Non-Taxable Sales | Taxable Sales | Tax Rate | Tax Collected | Sales Tax Payable As of Apr 30, 10 |
|---|---|---|---|---|---|---|
| Connecticut Sales Tax | | | | | | |
| Connecticut | 47,184.70 | | 47,184.70 | 6.0% | 2,831.09 | 9,422.99 |
| Total Connecticut Sales Tax | 47,184.70 | 0.00 | 47,184.70 | | 2,831.09 | 9,422.99 |
| NY State Sales Tax | | | | | | |
| Dutchess | 760.00 | 0.00 | 760.00 | 8.125% | 61.75 | 61.75 |
| Mount Vernon | 0.00 | 0.00 | 0.00 | 8.375% | 0.00 | 0.00 |
| Nassau | 895.00 | 0.00 | 895.00 | 8.625% | 77.20 | 77.20 |
| New Jersey | 2,575.00 | 0.00 | 2,575.00 | 7.0% | 172.50 | 172.47 |
| New Rochelle | 10,815.45 | 0.00 | 10,815.45 | 8.375% | 905.81 | 905.81 |
| Non Taxable | 10,879.22 | 1,811.02 | 9,068.20 | 0.0% | 0.00 | 0.00 |
| NY City | 71,998.04 | 0.00 | 71,998.04 | 8.875% | 6,402.32 | 8,006.37 |
| Orange County | 12,731.50 | 0.00 | 12,731.50 | 8.125% | 1,034.43 | 1,034.43 |
| Rockland County | 2,920.81 | 0.00 | 2,920.81 | 8.375% | 244.62 | 244.62 |
| Tax Exempt | 11,497.15 | 8,032.90 | 3,464.25 | 0.0% | 0.00 | 0.00 |
| Westchester County | 25,118.48 | 0.00 | 25,118.48 | 7.375% | 1,852.48 | 1,852.48 |
| White Plains | 4,981.53 | 0.00 | 4,981.53 | 8.125% | 404.76 | 404.76 |
| Yonkers | 113.08 | 0.00 | 113.08 | 8.375% | 9.47 | 9.47 |
| NY State Sales Tax - Other | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 |
| Total NY State Sales Tax | 155,285.26 | 9,843.92 | 145,441.34 | | 11,165.34 | 12,769.36 |
| No tax vendor | 0.00 | 0.00 | 0.00 | 0.0% | 0.00 | 0.00 |
| Out of State | | | | | | |
| Total (no tax vendor) | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 |
| TOTAL | 202,469.96 | 9,843.92 | 192,626.04 | | 13,996.43 | 22,192.35 |

In re: Nationwide Maintenance & General Contracting, Inc.    Case No. 09-23781
Reporting Period:

STATUS OF POST-PETITION TAXES
(CONTINUED)

| | Current | 0-30 | 31-60 | 61-90 | Over 91 | Total |
|---|---|---|---|---|---|---|
| Accounts payable | | | | | | |
| Wages payable | 0 | 57322.57 | 62257.- | 24034.- | 37743.- | 181688.- |
| Taxes payable | | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders | | | | | | |
| Other: | | | | | | |
| Other: | | | | | | |
| Total Post-Petition Debts | | | | | | |

Explain how and when the Debtor intends to pay any past due post-petition debts.

_____
_____
_____
_____

In re Nationwide Maintenance & General Contracting, Inc.    Case No. 09-23781
Debtor

Reporting Period:

## SUMMARY OF UNPAID POST-PETITION DEBTS

| | Current | Number of Days Past Due | | | | Total |
|---|---|---|---|---|---|---|
| | | 0-30 | 31-60 | 61-90 | Over 91 | |
| Mortgage | | | | | | |
| Rent | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Other Post-Petition debt (list creditor) | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| Total Post-Petition Debts | | | | | | 0 |

Explain how and when the Debtor intends to pay any past due post-petition debts.

_____

_____

_____

In re: Nationwide Maintenance & General Contracting, Inc.
Reporting Period:

Case No. 09-23781(RDD)

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | |
| Plus: Amounts billed during the period | |
| Less: Amounts collected during the period | |
| Total Accounts Receivable at the end of the reporting period | |

| Accounts Receivable Aging | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| 0 - 30 days old | | | | | |
| 31 - 60 days old | | | | | |
| 61 - 90 days old | | | | | |
| 91 + days old | | | | | |
| Total Accounts Receivable | 513729- | 4028 - | 248337- | 34036 - | 559129- |
| Less: Bad Debts (Amount considered uncollectible) | | | | | |
| Net Accounts Receivable | | | | | |

## TAXES RECONCILIATION AND AGING

| Taxes Payable | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| 0 - 30 days old | | | | | |
| 31 - 60 days old | | | | | |
| 61 - 90 days old | | | | | |
| 91 + days old | | | | | |
| Total Taxes Payable | | | | | |
| Total Accounts Payable | | | | | |

In re: Nationwide Maintenance & General Contracting, Inc.   Case No. 09-23781
Reporting Period:  4/10

## PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown on the Cash Receipts and Disbursements
Report (MOR-1) list the amount paid to insiders (as defined in Section
101(31)(A)-(F) of the U.S. Bankruptcy Code) and to professionals.  For
payments to insiders, identify the type of compensation paid (e.g. Salary,
Bonus, Commissions, Insurance, Housing Allowance, Travel, Car Allowance,
Etc.).  Attach additional sheets if necessary.

### INSIDERS

| NAME | TYPE OF PAYMENT | AMOUNT PAID | TOTAL PAID TO DATE |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| TOTAL PAYMENTS TO  INSIDERS: |  | 0 |  |

### PROFESSIONALS

| NAME | DATE OF COURT ORDER AUTHORIZING PAYMENT | AMOUNT APPROVED | AMOUNT PAID | TOTAL PAID TO DATE | TOTAL INCURRED & UNPAID |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
| TOTAL PAYMENTS TO  PROFESSIONALS |  |  | 0 |  |  |

*Include all fees incurred, both approved and unapproved

### POST-PETITION STATUS OF SECURED NOTES, LEASES PAYABLE AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENT DUE | AMOUNT PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| TOTAL PAYMENTS |  | 0 |  |

In re Nationwide Maintenance &
    General Contracting, Inc.
    Debtor

Case No. 09-23781
Reporting Period: 4/10

**POST-PETITION STATUS OF SECURED NOTES, LEASES PAYABLE
AND ADEQUATE PROTECTION PAYMENTS**

| Name of Creditor | Scheduled Monthly Payment Due | Amount Paid During Month | Total Unpaid Post Petition |
|---|---|---|---|
| | | | |
| | $ | | |
| | | | |
| | | | |
| | | | |
| Total Payments | | | 0 |

**INSTALLMENT PAYMENTS**

| Type of Policy | Carrier | Period Covered | Payment Amount and Frequency |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | 0 |

In re Nationwide Maintenance &
General Contracting, Inc.,           Case No. 09-23781
        Debtor                      Reporting Period: 4/10

## DEBTOR QUESITONNAIRE

| Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No |
|---|---|---|
| 1 Have any assets been sold or transferred outside the normal course of business this reporting period? | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | X |
| 3. Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | X |
| 4. Are workers compensation, general liability or other necessary insurance coverage expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | X |
| 5. Is the Debtor delinquent in paying any insurance premium payment? | | X |
| 6. Have any payments been made on pre-petition liabilities this reporting period? | | X |
| 7. Are any post petition receivables (accounts, notes or loans) due from related parties? | | X |
| 8. Are any post-petition payroll taxes past due? | | X |
| 9. Are any post petition State or Federal income taxes past due? | | X |
| 10. Are any post petition real estate taxes past due? | | X |
| 11. Are any other post petition taxes past due? | | X |
| 12. Have any pre-petition taxes been paid during this reporting period? | | X |
| 13. Are any amounts owed to post petition creditors delinquent? | | X |
| 14. Are any wage payments past due? | | X |
| 15. Have any post petition loans been received by the Debtor from any party? | | X |
| 16. Is the Debtor delinquent in paying any U.S. Trustee fees? | | X |
| 17. Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | X |
| 18. Have the owners or shareholders received any compensation outside of the normal course of business? | | X |

BANK RECONCILIATIONS

CONTINUATION SHEET FOR MOR-1

# A bank reconciliation must be included for each bank account.

# The debtor's bank reconciliation may be substituted for this page.