# Nationwide Maintenance & General Contracting Inc.
## A/P Aging Summary
### As of April 30, 2010

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| 1605 EAST 233RD STREET REALTY CORP. | 0.00 | 0.00 | 0.00 | 1,000.00 | 0.00 | 1,000.00 |
| A-1Hydro | 0.00 | 0.00 | 0.00 | 0.00 | 3,023.63 | 3,023.63 |
| ACE USA | 0.00 | 1,863.61 | 0.00 | 0.00 | 0.00 | 1,863.61 |
| All County Sewer & Drain, Inc | 0.00 | 1,960.00 | 765.00 | 975.00 | 1,435.00 | 5,135.00 |
| Allerton Glass Co | 0.00 | 191.00 | 170.00 | 0.00 | 0.00 | 361.00 |
| Answer Connect | 0.00 | 0.00 | 0.00 | 0.00 | 408.49 | 408.49 |
| Ashcraft's Lock & Door Hardware Co. Inc. | 0.00 | 0.00 | 112.50 | 0.00 | 0.00 | 112.50 |
| AT&T | 0.00 | 0.00 | 0.00 | 0.00 | 370.65 | 370.65 |
| Atlantic Maintenance | 0.00 | 0.00 | 0.00 | 0.00 | 2,800.00 | 2,800.00 |
| Avaya | 0.00 | 0.00 | 0.00 | 0.00 | 2,515.81 | 2,515.81 |
| BP Twin Mount | 0.00 | 924.19 | 0.00 | 0.00 | 0.00 | 924.19 |
| Capital Premium Financing Inc. | 0.00 | 3,596.19 | 0.00 | 0.00 | 0.00 | 3,596.19 |
| Citron Brothers P & H | 0.00 | 0.00 | 0.00 | 125.00 | 0.00 | 125.00 |
| Colony Insurance Company | 0.00 | 33,649.89 | 0.00 | 0.00 | 0.00 | 33,649.89 |
| Cummins Power Systems, LLC | 0.00 | 0.00 | 22,515.70 | 0.00 | 0.00 | 22,515.70 |
| Decker Tool Rental | 0.00 | 1,062.95 | 3,848.31 | 997.76 | 0.00 | 5,909.02 |
| Dultmeier Sales | 0.00 | 0.00 | 0.00 | 0.00 | 241.61 | 241.61 |
| East Coast Signs and Awnings, LLC | 0.00 | 5,250.00 | 0.00 | 0.00 | 0.00 | 5,250.00 |
| Euro Asian International | 0.00 | 0.00 | 0.00 | 339.54 | 0.00 | 339.54 |
| Fenway Floor Covering | 0.00 | 0.00 | 48.00 | 0.00 | 564.63 | 612.63 |
| Flannery/Bronx Hardware Inc | 0.00 | 2,049.20 | 0.00 | 0.00 | 0.00 | 2,049.20 |
| GMAC - 2004 Silverado | 0.00 | 494.76 | 0.00 | 0.00 | 0.00 | 494.76 |
| GMAC - 2005 Sierra | 0.00 | 549.54 | 0.00 | 0.00 | 0.00 | 549.54 |
| GMAC - 2006 Sierra | 0.00 | 443.50 | 0.00 | 0.00 | 0.00 | 443.50 |
| GMAC - 2007 Silverado | 0.00 | 718.55 | 0.00 | 0.00 | 0.00 | 718.55 |
| Graystone Handyman | 0.00 | 0.00 | 0.00 | 462.00 | 0.00 | 462.00 |
| Gun Hill Fence | 0.00 | 0.00 | 102.00 | 0.00 | 0.00 | 102.00 |
| Interface Services | 0.00 | 0.00 | 0.00 | 0.00 | 949.95 | 949.95 |
| J & J Backflow Device Testers | 0.00 | 0.00 | 0.00 | 750.00 | 0.00 | 750.00 |
| J&E Protective Service | 0.00 | 0.00 | 1,425.00 | 0.00 | 0.00 | 1,425.00 |
| James DeMinno CPA PC | 0.00 | 0.00 | 750.00 | 750.00 | 2,250.00 | 3,750.00 |
| JJ. Sinisi Asphalt Paving | 0.00 | 0.00 | 8,400.00 | 0.00 | 0.00 | 8,400.00 |
| Kellermeyer Building Services | 0.00 | 0.00 | 0.00 | 0.00 | 3,630.00 | 3,630.00 |
| LDI Color Tool Box | 0.00 | 0.00 | 0.00 | 0.00 | 589.49 | 589.49 |
| Leighton Industries, Inc. | 0.00 | 216.00 | 0.00 | 0.00 | 0.00 | 216.00 |
| Lippolis Electric, Inc. | 0.00 | 0.00 | 16,140.00 | 12,188.00 | 0.00 | 28,328.00 |
| Locksmithery Inc., The | 0.00 | 0.00 | 0.00 | 0.00 | 1,070.00 | 1,070.00 |
| Marks Paneth & Shron | 0.00 | 1,000.00 | 0.00 | 0.00 | 0.00 | 1,000.00 |
| Mercedes Benz Financial-2009 B C63 | 0.00 | 0.00 | 0.00 | 0.00 | 1,322.33 | 1,322.33 |
| Metropolitan Lumber, Hdwre & Bldg Supply | 0.00 | 0.00 | 0.00 | 0.00 | 726.98 | 726.98 |
| Mr. Handyman of Central Houston | 0.00 | 0.00 | 0.00 | 0.00 | 424.96 | 424.96 |
| Mr. Signs | 0.00 | 0.00 | 400.00 | 0.00 | 3,200.00 | 3,600.00 |
| Nuthouse Hardware | 0.00 | 0.00 | 0.00 | 0.00 | 136.95 | 136.95 |
| NY76 Flooring | 0.00 | 0.00 | 700.00 | 0.00 | 0.00 | 700.00 |
| O'Conner's Carpet Center | 0.00 | 0.00 | 0.00 | 0.00 | 1,120.00 | 1,120.00 |
| PCA Design Consultants Inc. | 0.00 | 0.00 | 0.00 | 0.00 | 1,350.00 | 1,350.00 |
| Pitney Bowes | 0.00 | 0.00 | 0.00 | 0.00 | 2,233.94 | 2,233.94 |
| Post Road Electric Supply Company | 0.00 | 0.00 | 0.00 | 0.00 | 23.32 | 23.32 |
| Precision-Aire | 0.00 | 0.00 | 0.00 | 0.00 | 1,943.25 | 1,943.25 |
| Professional Security Group Inc. | 0.00 | 0.00 | 80.53 | 0.00 | 0.00 | 80.53 |
| R.M. Spano Plumbing & Heating | 0.00 | 0.00 | 4,295.00 | 0.00 | 0.00 | 4,295.00 |
| Ral Bar Electric Inc. | 0.00 | 0.00 | 0.00 | 2,462.00 | 0.00 | 2,462.00 |
| Reich Reich & Reich PC | 0.00 | 1,513.21 | 0.00 | 4,004.29 | 0.00 | 5,517.50 |
| Rogan Bros. Sanitation, Inc. | 0.00 | 0.00 | 859.00 | 0.00 | 859.00 | 1,718.00 |
| S&J Sheet Metal Inc | 0.00 | 0.00 | 0.00 | 0.00 | 1,281.99 | 1,281.99 |
| Sign Pro | 0.00 | 0.00 | 0.00 | 0.00 | 535.00 | 535.00 |
| Signs Ink. | 0.00 | 0.00 | 0.00 | 0.00 | 490.00 | 490.00 |
| Sound Billing (Jiffy Lube) | 0.00 | 0.00 | 45.72 | 0.00 | 110.82 | 156.54 |
| Stillwell Equipment Corp. | 0.00 | 0.00 | 0.00 | 0.00 | -500.00 | -500.00 |
| T&L Carting | 0.00 | 800.00 | 0.00 | 0.00 | 0.00 | 800.00 |
| Verizon (Old) | 0.00 | 0.00 | 0.00 | 0.00 | 2,635.24 | 2,635.24 |
| Verizon (Summary) | 0.00 | 444.57 | 434.15 | 0.00 | 0.00 | 878.72 |
| Verizon 914-241-1010 | 0.00 | 795.36 | 801.79 | 0.00 | 0.00 | 1,597.15 |
| W.B. Mason Co., Inc. | 0.00 | 0.00 | 446.33 | 0.00 | 0.00 | 446.33 |
| TOTAL | 0.00 | 57,522.52 | 62,339.03 | 24,053.59 | 37,743.04 | 181,658.18 |